UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

LORI ANN MORAN,
    Plaintiff

v.

ANDREW DIPASQUA, MICHAEL
SANBORN, WILLIAM F. GAY, III, and
the ONSET FIRE DISTRICT,
    Defendants

05-10033 NG

C.A. No.

## NOTICE OF APPEARANCE

TO:    THE CLERK OF THE COURT
UNITED STATES DISTRICT COURT
ONE COURTHOUSE WAY
BOSTON, MA 02110

Please enter our appearance as counsel of record for all defendants: Andrew DiPasqua, Michael Sanborn, William F. Gay, III, and the Onset Fire District.

Respectfully submitted,

The Defendants,
ANDREW DIPASQUA, MICHAEL SANBORN,
WILLIAM F. GAY, III, and the ONSET FIRE
DISTRICT,
By their attorneys,

PIERCE, DAVIS & PERRITANO, LLP

_____
John J. Cloherty III, BBO#566522
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 1/6/05.