# United States District Court
# District of Massachusetts

LORI ANN MORAN,
      Plaintiff,

      V.                    CIVIL ACTION NO. 2005-10033-NG

ANDREW DIPASQUA,
MICHAEL SANBORN,
WILLIAM F. GAY,
ONSET FIRE DISTRICT,
      Defendants.

## _ORDER_

COLLINGS, U.S.M.J.

      Counsel for each party are directed to notify the Court in writing, **_on or before the close of business on Friday, March 18, 2005,_** whether or not their clients consent to the reassignment of this case to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

_/s/ Robert B. Collings_
ROBERT B. COLLINGS
United States Magistrate Judge

Date: February 25, 2005.