UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| LORI ANN MORAN,<br>　　　　Plaintiff<br><br>v.<br><br>ANDREW DIPASQUA, MICHAEL<br>SANBORN, WILLIAM F. GAY, III, and<br>the ONSET FIRE DISTRICT,<br>　　　　Defendants | C.A. No. 05-10033 NG |

### CERTIFICATE OF CLIENT CONSULTATION
(Pursuant to L.R. 16.1(d)(3))

The attorney of record for the Defendants, ANDREW DIPASQUA, MICHAEL SANBORN, WILLIAM F. GAY, III, and the ONSET FIRE DISTRICT, hereby certifies that he has conferred with the Defendants or the Defendants' authorized representative regarding: (1) establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　The Defendants,
　　　　　　　　　　　　　　　　ANDREW DIPASQUA, MICHAEL SANBORN,
　　　　　　　　　　　　　　　　WILLIAM F. GAY, III, and the
　　　　　　　　　　　　　　　　ONSET FIRE DISTRICT,
　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　**PIERCE, DAVIS & PERRITANO, LLP**


_____
Andrew DiPasqua, Individually and on
behalf of the Onset Fire District

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　John J. Cloherty III, BBO#566522
　　　　　　　　　　　　　　　　Ten Winthrop Square
　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　(617) 350-0950

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on  3/7/05