UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

|  |  |
|---|---|
| LORI ANN MORAN,<br>　　　　Plaintiff<br><br>v.<br><br>ANDREW DIPASQUA, MICHAEL SANBORN, WILLIAM F. GAY, III, and the ONSET FIRE DISTRICT,<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-10033 NG<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTIFICATION OF CONSENT TO MAGISTRATE JUDGE

Now come the defendants and hereby notify this Court they consent to assignment of this case to Magistrate Judge Robert B. Collings pursuant to 28 U.S.C. §636(c).

Respectfully submitted,

The Defendants,
ANDREW DIPASQUA, MICHAEL SANBORN,
WILLIAM F. GAY, III, and the
ONSET FIRE DISTRICT,
By their attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

_____
John J. Cloherty III, BBO#566522
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 3/17/05.