U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
DOCKET NO. 05-10033 NG

LORI ANN MORAN, PLAINTIFF VS. ANDREW DIPASQUA, MICHAEL SANBORN, WILLIAM F. GAY, III and the ONSET FIRE DISTRICT, DEFENDANTS

ASSENTED TO MOTION OF PLAINTIFF TO CONTINUE SCHEDULING CONFERENCE

Now comes the Plaintiff in the above captioned case and moves for an order of the court continuing the scheduling conference from May 2, 2005 to any date during the week of May 12, 2005.

The Plaintiff states as grounds the Defendants' counsel is scheduled for trial in the Bristol Superior Court on May 2, 2005 in the case of Bernier vs. Vincent, and Plaintiff's counsel is scheduled for a final pre trial conference in Bristol Superior Court on the case of Donald Gomes vs. Poirier's, Inc. and others

PLAINTIFF
LORI ANN MORAN
By her Attorney

s/ Margaret A. Ishihara
Margaret A. Ishihara, BBO#247930
Law Offices of Margaret A. Ishihara
86 Church St.
Mattapoisett, MA. 02739
Telephone: (508) 758-6981
e-mail mi.mattlaw@verizon.net
Date: 6 April 2005

ASSENTED TO:
DEFENDANTS
ONSET FIRE DISTRICT
ANDREW DIPASQUA
MICHAEL SANBORN
WILLIAM F. GAY, III
By their Attorney

s/John J. Cloherty, III
John J. Cloherty, III, BBO@566522
Pierce, Davis & Perritano, LLP
Ten Winthrop Square
Boston, MA. 02110
Telephone: (617) 350-0950
Date:6 April 2005

## CERTIFICATE OF SERVICE

I hereby certify that I have served the within document by mailing a copy first class mail postage pre paid to:

John J. Cloherty, III
Pierce, Davis & Perritano, LLP
Ten Winthrop Square
Boston, MA. 02110
Telephone: (617) 350-0950

| | |
|---|---|
| Date: 6 April 2005 | s/ Margaret A. Ishihara |
| | Margaret A. Ishihara |