U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LORI ANN MORAN, PLAINTIFF VS. ANDREW DIPASQUA, MICHAEL
SANBORN, WILLIAM F. GAY, III and the ONSET ~~FIRST DISTRICT,~~
DEFENDANTS

CERTIFICATE OF CLIENT CONSULATION PURSUANT TO L.R. 16.1 (d) (3)

The attorney of record for the Plaintiff Lori Ann Moran certifies pursuant to L.R. 16.1 (d) (3) that she has conferred with the Plantiff regarding (1) establishing a budget of costs for the full course of the litigation; and (2) the resolution of the litigation through alternative dispute resolution such as those outlined in Local Rule 16.4.

RESPECTFULLY SUBMITTED
PLAINTIFF LORI ANN MORAN
By her Attorney

Margaret A. Ishihara, BBO#247930
86 Church St.
Mattapoisett, MA. 02739
Telephone: (508) 758-6981
e-mail mi.mattlaw@verizon.net
Date: 24 March 2005

Lori Ann Moran
Date: 3/24/05

CERTIFICATE OF SERVICE

I hereby certify that I have served the within document by mailing a copy first class mail postage pre paid to:

John J. Cloherty, III
Pierce, Davis & Perritano, LLP
Ten Winthrop Square
Boston, MA. 02110
Telephone: (617) 350-0950

Date: 25 March 2005

Margaret A. Ishihara