U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
DOCKET NO. 05-1033 NG

LORI ANN MORAN, PLAINTIFF VS. ANDREW DIPASQUA, MICHAEL SANBORN, WILLIAM F. GAY, III and the ONSET FIRE DISTRICT, DEFENDANTS

NOTIFICATION OF CONSENT TO MAGISTRATE JUDGE

The Plaintiff Lori Ann Moran hereby consents to proceeding before the Magistrate Judge for pre trial proceedings, not including dispositive motions.

RESPECTFULLY SUBMITTED
PLAINTIFF LORI ANN MORAN
By her Attorney

_____
Margaret A. Ishihara, BBO#247930
86 Church St.
Mattapoisett, MA. 02739
Telephone: (508) 758-6981
e-mail mi.mattlaw@verizon.net
Date: 25 March 2005

CERTIFICATE OF SERVICE

I hereby certify that I have served the within document by mailing a copy first class mail postage pre paid to:

John J. Cloherty, III
Pierce, Davis & Perritano, LLP
Ten Winthrop Square
Boston, MA. 02110
Telephone: (617) 350-0950

Date: 25 March 2005

_____
Margaret A. Ishihara