UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| LORI ANN MORAN,<br>      Plaintiff<br><br>v.<br><br>ANDREW DIPASQUA, MICHAEL<br>SANBORN, WILLIAM F. GAY, III, and<br>the ONSET FIRE DISTRICT,<br>      Defendants | C.A. No. 05-10033 NG |

**CERTIFICATE OF CLIENT CONSULTATION**
(Pursuant to L.R. 16.1(d)(3))

The attorney of record for the Defendants, ANDREW DIPASQUA, MICHAEL SANBORN, WILLIAM F. GAY, III, and the ONSET FIRE DISTRICT, hereby certifies that he has conferred with the Defendants or the Defendants' authorized representative regarding: (1) establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,
The Defendants,
ANDREW DIPASQUA, MICHAEL SANBORN,
WILLIAM F. GAY, III, and the
ONSET FIRE DISTRICT,
By their attorneys,

PIERCE, DAVIS & PERRITANO, LLP

John J. Cloherty III/BBO#566522
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Peter Roxo, Claims Counsel
Metrogard