# United States District Court
# District of Massachusetts

LORI ANN MORAN,
      Plaintiff,

v.                              CIVIL ACTION NO. 05-10033-NG

ANDREW DI PASQUA,
MICHAEL SANBORN,
WILLIAM F. GAY, III.,
ONSET FIRE DISTRICT,
      Defendants.

## SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.

COLLINGS, U.S.M.J.

The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

(1)    Automatic disclosures must be COMPLETED *on or before the close of business on Friday, June 3, 2005*.

(2)    Initial set(s) of interrogatories and requests for production of documents must be served *on or before the close of business on Monday, July 18, 2005;* responses, answers and/or objections shall be served *within the time*

*provided by the Federal Rules.*

(3)    All other non-expert discovery shall be filed and/or served *on or before the close of business on Monday, January 9, 2006* and *COMPLETED on or before the close of business on Tuesday, February 21, 2006.*

(4)    Counsel shall report for a further conference on *Thursday, October 20, 2005 at 12 Noon* at Courtroom #23 (7th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts. At the conference, the Court shall hear counsel as to (a) the status of the discovery, (b) any changes in the parties' plans re: expert discovery, (c) whether the case should be referred for mediation, and (d) which, if any, claims can be decided as a matter of law on undisputed facts and which, if any, will require a trial to resolve disputed facts.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

May 23, 2005.