AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF   MASSACHUSETTS

Lori Ann Moran,
    Plaintiff,

v.

Andrew Dipasqua, Michael Sanborn,
William F. Gay, III and Onset Fire District,
    Defendants.

**APPEARANCE**

Case Number: 05 - 10033 NG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   all Defendants.

I certify that I am admitted to practice in this court.

5-20-05
Date

Signature

Daniel G. Skrip                     629784
Print Name                          Bar Number

10 Winthrop Square / Pierce, Davis & Perritano, LLP
Address

Boston              MA              02110-1257
City                State           Zip Code

(617) 350-0950                      (617) 350-7760
Phone Number                        Fax Number

dskrip@piercedavis.com
E-Mail

UNITED STATES DISTRICT COURT
DIST. OF MASS.
FILED IN OPEN COURT
DATE  5/20/05
     N. Russo
     Deputy Clerk