UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| LORI ANN MORAN,<br>       Plaintiff<br><br>v.<br><br>ANDREW DIPASQUA, MICHAEL<br>SANBORN, WILLIAM F. GAY, III, and<br>the ONSET FIRE DISTRICT,<br>       Defendants | )<br>)<br>)<br>)<br>)    C.A. No. 05-10033 NG<br>)<br>)<br>)<br>)<br>)<br>) |

### AMENDED JOINT STATEMENT

Pursuant to Local Rule 16.1(D) and this Court's Notice of Scheduling Conference, the parties hereby report to the Court as follows:

I.    AGENDA FOR SCHEDULING CONFERENCE

The parties suggest the following agenda of matters to be discussed at the conference:

1.    The proposed scheduling plan for discovery and motions;

2.    The positions of the parties regarding settlement;

II.    COMPLIANCE WITH LOCAL RULE 16.1(D)

A.    Discovery will end on February 20, 2006;

B.    Plaintiff will disclose her expert(s) by March 20, 2006;

C.    Defendants will disclose its expert(s) by April 20, 2006;

D.    All Expert Depositions shall be completed by May 22, 2006;

E.    Dispositive Motions:

Dispositive Motions shall be filed by June 20, 2006

Responses to dispositive motions will be filed by July 20, 2006



5/20/05

N. Russo

       Oral Argument on the motions will take place before August 21, 2006 or such other time as the Court deems appropriate.

F.      Pretrial Conference:

       The parties request a pretrial conference after a decision on the dispositive motions.

       The parties suggest September 20, 2006 with trial scheduled in the weeks following.

III.    CERTIFICATIONS:

       Certifications required by L.R. 16.1(D)(3) have been filed separately with the court.

Respectfully Submitted,

| | |
|---|---|
| The Plaintiff,<br>LORI ANN MORAN<br>By her attorney, | The Defendants,<br>ANDREW DIPASQUA, MICHAEL SANBORN, WILLIAM F. GAY, III, and the ONSET FIRE DISTRICT,<br>By their attorneys,<br><br>PIERCE, DAVIS & PERRITANO, LLP |
| /s/ Margaret A. Ishihara<br>Margaret A. Ishihara, BBO #247930<br>Fleming & Ishihara, P.C.<br>86 Church Street<br>Mattapoisett, MA 02739<br>(508) 758-6981 | /s/ John J. Cloherty III<br>John J. Cloherty III, BBO #566522<br>Ten Winthrop Square<br>Boston, MA 02110<br>(617) 350-0950 |

Dated: May 20, 2005

-2-