UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| LORI ANN MORAN,<br>      Plaintiff<br><br>v.<br><br>ANDREW DIPASQUA, MICHAEL<br>SANBORN, WILLIAM F. GAY, III, and<br>the ONSET FIRE DISTRICT,<br>      Defendants | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-10033 NG<br>)<br>)<br>)<br>)<br>) |

## ASSENTED TO MOTION TO CONTINUE FURTHER STATUS CONFERENCE

Now come the parties in the above-entitled action, and hereby move that the Further Status Conference currently scheduled for October 20, 2005, be continued.

As reason therefore, defendants' counsel is unavailable on Thursday, October 20, 2005. Attorney John Cloherty is scheduled to begin trial in the case of Bernier, et al. v. Vincent, Bristol Superior Court C.A. No. 2002-01433, in the Fall River Superior Court on Thursday, October 20, 2005. This trial is expected to last up to three weeks. Counsel of record for the plaintiff has given her assent to the continuance of this matter.

The parties request this matter be continued to Monday, November 28, 2005 or Thursday, December 1, 2005. These are the first available dates on which both counsel are available.

WHEREFORE, the parties request that this Motion be allowed and the further status conference be continued.

1

Respectfully Submitted,

The Defendants,
ANDREW DIPASQUA, MICHAEL SANBORN, WILLIAM F. GAY, III, and ONSET FIRE DISTRICT,
By their attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

s/John J. Cloherty
_____
John J. Cloherty III, BBO # 566522
Ten Winthrop Square
Boston, MA  02110
(617) 350-0950

Assented to:

The Plaintiff,
LORI ANNMORAN,
By her attorneys,

s/Margaret A. Ishihara
_____
Margaret A. Ishihara, BBO #247930
FLEMING & ISHIHARA, P.C.
86 Church Street
Mattapoisett, MA 02739
 (508) 758-6981

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon each attorney of record, or pro se litigant, electronic mail.

10/19/05   s/John J. Cloherty III
   Date