# United States District Court
# District of Massachusetts

LORI ANN MORAN,
    Plaintiff,

v.                                      CIVIL ACTION NO. O5-10033-NG

ANDREW DIPASQUE,
MICHAEL SANBORN,
WILLIAM F. GAY, III,
ONSET FIRE DEPARTMENT,
    Defendants.

## ORDER ON DEFENDANTS' MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO THE PLAINTIFF (#23)

COLLINGS, U.S.M.J.

    No opposition having been filed, it is ORDERED that Defendant's Motion to Compel Responses to Requests for Production of Documents Propounded to the Plaintiff (#23) be, and the same hereby is, ALLOWED.

    The plaintiff is ORDERED, pursuant to Rule 37(a)(2), Fed.R.Civ.P., to

serve responses to defendants' request for production of documents and to produce copies of all requested documents *on or before the close of business on Wednesday, November 23, 2005.*

*THE PLAINTIFF HAS WAIVED ANY AND ALL OBJECTIONS SHE MIGHT HAVE HAD TO THE REQUESTS BY FAILING TO ASSERT OBJECTIONS TO THE REQUESTS WITHIN THE TIME SET BY THE FEDERAL RULES OF CIVIL PROCEDURE. See* Local Rule 34.1(C)(1) (D. Mass.)

Failure to comply with the within Order shall result in the imposition of one or more of the sanctions set forth in Rule 37(b), Fed.R.Civ.P.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date: November 3, 2005.