# United States District Court
# District of Massachusetts

LORI ANN MORAN,
    Plaintiff,

v.                              CIVIL ACTION NO. O5-10033-NG

ANDREW DISPASQUA [sic],
MICHAEL SANBORN,
WILLIAM F. GAY, III,
THE ONSET FIRE DISTRICT,
    Defendants.

## SCHEDULING ORDER RE: SUMMARY JUDGMENT MOTIONS - RULE 16(b), FED. R. CIV. P.

COLLINGS, U.S.M.J.

The Court enters the within Scheduling Order Re: Summary Judgment Motions pursuant to Rule 16(b), Fed. R. Civ. P.:

(1)  The defendants are granted leave to file and serve a motion for summary judgment *on or before the close of business on Monday, April 3, 2006*. The motion shall be accompanied by a memorandum in support together with

any materials in support provided the materials comply with the requirements of Rule 56(e), F.R. Civ. P.  The plaintiff is granted leave to file an opposition to the motion for summary judgment *on or before the close of business on Wednesday, May 3, 2006*.  The opposition shall be accompanied by a memorandum in opposition together with any materials in opposition provided the materials comply with the requirements of Rule 56(e), F.R. Civ. P.  No memorandum in support or in opposition a motion for summary judgment shall exceed twenty (20) pages in length. *See* Local Rule 7.1(a)(4).

Any memorandum in support of a motion for summary judgment shall point out the undisputed facts upon which the motion is based with specific reference to affidavits, depositions, or other documentation. Any memorandum in opposition to a motion for summary judgment shall contain a listing of material facts asserted to be in dispute similarly referenced. *See* Local Rule 56.1. Any requests for hearing on the motion shall be made in accordance with Local Rule 7.1(c).

The defendants are granted leave to file a reply memorandum (not to exceed seven pages each) *on or before the close of business on Monday, May 15, 2006.*

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

March 2, 2006.