UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

_____
                                                    )
LORI ANN MORAN,                            )
                    Plaintiff                        )
                                                    )
v.                                                  )
                                                    )       C.A. No. 05-10033 NG
                                                    )
ANDREW DIPASQUA, MICHAEL         )
SANBORN, WILLIAM F. GAY, III, and   )
the ONSET FIRE DISTRICT,                )
                    Defendants                    )
_____)

## DEFENDANTS' L.R. 7.1 CERTIFICATION

Pursuant to D. Mass. Local R. 7.1(A)(2), the undersigned counsel for the Defendant hereby

certifies that I have attempted in good faith to confer with the plaintiff's counsel concerning the

filing of Defendant's Motion For Summary Judgment and the accompanying Supporting

Memorandum of Law, during and after Court Status Conferences wherein the filing of the Motion

was discussed, in an effort to resolve or narrow the issues.

Respectfully submitted,
The Defendants,
ANDREW DIPASQUA, MICHAEL SANBORN, WILLIAM
F. GAY, III, and the ONSET FIRE DISTRICT,
By their attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

 /s/ John J. Cloherty III_____
John J. Cloherty III, BBO#566522
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the
above document was served upon each attorney of
record, or pro se litigant, by electronic mail.

_____ _____
    Date