U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
DOCKET NO. 05-10033 NG

LORI ANN MORAN, PLAINTIFF VS. ANDREW DIPASQUA, MICHAEL
SANBORN, WILLIAM F. GAY, III and the ONSET FIRE DISTRICT, DEFENDANTS

AFFIDAVIT OF MARGARET A. ISHIHARA

I, Margaret A. Ishihara, hereby state that:

1.     I am an attorney at law licensed to practice in the Commonwealth of

Massachusetts with offices at 86 Church St., Mattapoisett, MA. 02739, and I am counsel

of record for the Plaintiff Lori Ann Moran.

2.     I was present at a meeting of the Onset Board of Water Commissioners on June

30, 2004 at which a vote was taken to terminate the Plaintiff from employment at the

Onset Water Department.   Attached to this Affidavit is a true copy of a transcript of that

meeting prepared at my request from audiotapes provided by the Onset Board of Water

Commissioners.

3.     There was a gap in the initial set of audio tapes provided.   Pages 91 through 117

of the attached transcript should therefore be inserted on page 27of the attached transcript

where the words "Break in Audio – Beginning of Gap in Tape A" appear.


Signed under the pains and penalties or perjury this 2nd day of  June 2006

/s Margaret A. Ishihara
Margaret A. Ishihara

CERTIFICATE OF SERVICE

I hereby certify that I have served the within document by mailing a copy first class mail postage pre paid to:

John J. Cloherty, III
Pierce, Davis, & Perritano, LLP
Ten Winthrop Square
Boston, MA. 02110

Date: 2 June 2006                    /s Margaret A. Ishihara
                                     Margaret A. Ishihara



# ᴛʜᴇ TAPE TRANSCRIPTION CENTER

### A Division of THE SKILL BUREAU

## CERTIFICATE

I, Timothy R. Bates, do hereby certify that the following 89 pages, embody true and accurate transcripts. Prepared in the Tape Transcription Center to the best of our abilities, they comprise the complete contents of two audio cassettes provided to us by The Law Offices of Fleming & Ishihara. The cassettes were labeled "Moran, Lori; 6/30/2004; Onset Bd. Water Comm".

_April 18, 2006_
Date

_Timothy R Bates_
Timothy R. Bates
Tape Transcription Center

129 Tremont Street · Boston, MA 02108
**Tel:** 617.423.2151  **Fax:** 617.423.9183
www.ttctranscriptions.com
The fastest turnaround time in New England since 1966.

Onset Brd of Water Commisioners                           1
6/30/06 Meeting

1                    **Lori Moran v. Onset Fire District.doc**

2    SANBORN:  OK.  Meeting S9 2004, June 30th, 2004.  Water

3          Commissioners Andrew DiPasqua, Brian O'Hearne, Michael

4          Sanborn, and we have Superintendent William Gay.  And

5          anybody else, if you want to be recognized so that you can

6          be on the tape, could you please state your name?

7    __:  [inaudible], representing the [Prudential?] Committee.

8    SANBORN:  Anybody that's sitting at the table?

9    LOWRIE:  Attorney Christopher Lowrie, representing Mr. Gay

10         here.

11   SANBORN:  No?  OK.

12   ISHIHARA: Attorney Margaret Ishihara representing, um, Lori

13         Moran.

14   MURRAY:  Ian Murray (sp?), uh, representing the Water

15         Commission.

16   SANBORN:  OK.  OK, after our last meeting, we were asked to have

17         a hearing, so we scheduled it a date, and tonight's the

18         date.  Uh, I'd like to bring in some of the witnesses that

19         our lawyers were -- were notified that we do have.  And the

20         first person I've like to have, uh, be, uh, Kathi Semple.

21   [inaudible whispering]

22   SANBORN:  [inaudible]?  OK.  Kathi, were you present here April

23         twenty-

Onset Brd of Water Commisioners                                    2
6/30/06 Meeting

1   ISHIHARA: May -- may I just interject just for --

2   SANBORN:  Sure.

3   ISHIHARA: -- one, uh, second on the proc- a couple of procedural

4          matters?  Um, one is with regard to the June 17th, 2004, uh,

5          matter of setting up this hearing.

6   SANBORN:  [inaudible]

7   ISHIHARA: There is -- there's reference in there, um, which says

8          that the -- only the water commissioners will have the

9          right to, uh, cross-examine witnesses.  Um, I had sent a

10         letter to Attorney Murray, and I just state on the record

11         here that, um, because of issues of due process and issues

12         of fairness that I think that we also should be allowed to

13         cross-examine the witnesses.  It's a fairly basic, uh, due

14         process tenant, and I think that, um, if we're not afforded

15         that, I don't believe that this will be a fair -- uh, a

16         fair hearing.  Um, the other issue is that, um, I see that

17         Attorney Chris Lowrie is here representing, uh --

18         representing William Gay.  Again, this is another issue I

19         had -- I had sent a letter to Attorney Murray (sp?), um, on

20         this issue, but I also want to raise this on the, uh,

21         record.  Um, Mr. Gay is not the one facing potential

22         disciplinary action in this matter.  Um, if he wishes to

23         have an attorney present, I suppose that he is -- he is

Onset Brd of Water Commisioners                                    3
6/30/06 Meeting

1       able to do that.  But Attorney Lowrie should not be allowed

2       to participate -- um, participate in this matter.  He is

3       not someone that -- that's a, uh, party in this matter.

4       His, uh, client at best is a -- is a witness.  Um, and, um,

5       when we were here the last time, at the last meeting, um,

6       uh, Attorney Lowrie was participating.  That was fine, I

7       suppose; it was a matter to try and resolve things.  But I

8       think in this formal proceeding that that's not, uh --

9       that's not appropriate.  Um, third issue is that the, um --

10      this is -- there is a, um, mention in Mr. Gay's, uh,

11      statement which is attached to the June 17, 2004, uh,

12      letter: a general statement as to, um, alleged, um, past

13      disrespect by, uh, Lori Moran.  There is no specification,

14      um, in that statement; uh, we have received no

15      specification as to what incidents he is talking about.

16      So, um, I would object to that being considered in any, uh,

17      general way, or his bringing up any, uh, matters that he

18      say -- that he says supports that statement, because

19      obviously, in order to have an opportunity to be heard, we

20      have to know what those are, specifically.

21  SANBORN:   OK.

22  ISHIHARA: So I'm looking for -- with regard to the right to

23      cross-examine and, um, participation by Attorney, um,

Onset Brd of Water Commisioners                                    4
6/30/06 Meeting

1        Lowrie, I'm looking for some sort of ruling on the, um,

2        Commission on that matter.

3    SANBORN:   OK.   The --

4    ISHIHARA: "Commissioners," I mean.

5    SANBORN:   The cross-examine, as I said before, this isn't a -- a

6        -- a court.  All we want to do -- you asked for a hearing,

7        and we agreed to have a hearing.  We could've voted on it

8        last week -- I mean, at the prior meeting.  But, you know,

9        we figured, to be honest, we'll -- we'll have everybody

10       come in that was involved that day.  These are employees of

11       the District.  It isn't a court of law.  We want -- we

12       don't want to have -- they don't have attorneys.  And we

13       don't want to -- to bring them in and have them -- I don't

14       want to say "battered" by you or him, or -- or anybody

15       else.  Is -- it's not right for them; it's not right for

16       anybody.  I just -- as water commissioners, we just want to

17       find out what happened that day.

18   __:  [inaudible]

19   SANBORN:   Just the facts.  And no one's going to cross-examine

20       anybody.  It's just the three of us that's going to a- ask

21       questions, and that's it.

22   ISHIHARA: Well, are you saying -- um, what about our right to,

23       uh, present our, um, um -- our witnesses on this case?  Are

1          we going to have that right?  Are we not going to have

2          that, either?  I mean, from the way that you are talking,

3          it sounds like --

4    SANBORN:  We sent a letter, and I never received any witnesses

5          from your side.  And I believe Dan Murray hasn't received

6          any witnesses from your side.

7    ISHIHARA: Well, I think if we're having a hearing, you -- the

8          letter stated, "Do you want us to have anyone here that --

9          that's one of our employees?"  OK?  But I think I'm

10         certainly allowed to have Mrs. Moran, um, certainly testify

11         on her own, uh, behalf.  If it's going to be a hearing, we

12         have to be allowed to present our case; otherwise, it's not

13         a hearing.  Notwithstanding that it's not a court of law,

14         um, in order to have a fair presentation of the case, we

15         need to be able to present what we have to say.

16   SANBORN:  Well, last meeting, we didn't hear from [inaudible],

17         did we?

18   ISHIHARA: Yes, you did.

19   __:  We did.

20   ISHIHARA: Yes, you did.

21   SANBORN:  I mean, not -- I mean, you made a lot of the

22         statements, but...

23   ISHIHARA: Well, no.  Actually, you did.  And the other issue, of

Onset Brd of Water Commisioners                                6
6/30/06 Meeting

1          course, is that the last meeting supposedly was to be a

2          discussion of "let's see if we can resolve this matter."

3          This --

4     SANBORN:  Right.

5     ISHIHARA: -- is a hearing.  If you're saying that, uh, we're not

6          going to be allowed to present any -- any sort of case, I

7          can't think of anything that's more unfair.

8     SANBORN:  Lori Ann can talk tonight.  It's fine.

9     ISHIHARA: All right.

10    SANBORN:  If she wants to talk, that's fine.

11    DIPASQUA: We want to hear --

12    HEARNE:   We want to hear --

13    DIPASQUA: -- [inaudible].

14    HEARNE:        -- from both sides, right?

15    ISHIHARA: All right.  Well, that's --

16    DIPASQUA: From everybody involved.

17    ISHIHARA: -- that's fair.

18    DIPASQUA: We want to hear from --

19    ISHIHARA: But again, I just want to --

20    DIPASQUA: [inaudible] one.

21    ISHIHARA: -- I just want to have my objection on the record as

22         to the right to cross-examine.  I think that's very basic,

23         um, in terms of being able to present our c- case or

1        questioning that, uh, is being presented on the other side,

2        so to speak.

3    SANBORN:  I mean, we're just going to ask the basic question of

4        what happened that day.  And we're not -- and we're not one

5        to the other.  We just -- we want to know what happened

6        that day.

7    ISHIHARA: I understand that.  I mean, that's your role

8        [inaudible], and obviously, that's -- that's what we want

9        to have come out, too.  Um, and with regard to Attorney,

10       um, uh, Lowrie, is there some sort of ruling on that?

11       Other than the one that no one's going to be allowed to

12       cross-examine anyone?

13   SANBORN:  And no one's going to be able to cross-examine

14       tonight.  Right.  OK?

15   KA. SEMPLE:    Can I ask you a question?

16   SANBORN:  Sure.

17   KA. SEMPLE:    Or do I have to -- can I just talk to you guys

18       and the lawyers, or do I have to talk in front of

19       [inaudible]?

20   HEARNE:    That's up to Lori.

21   SANBORN:  I'd say we want to keep it open here.

22   KA. SEMPLE:    All right.

23   ISHIHARA: Yes.  That -- that'd -- that --

Onset Brd of Water Commisioners                                    8
6/30/06 Meeting

1    SANBORN:  OK.

2    ISHIHARA:  -- we had requested the last time.

3    SANBORN:  [inaudible]

4    ISHIHARA:  So we would like this to be an open session.

5    SANBORN:  All right.  OK?  That's fine.

6    HEARNE:   [inaudible] the objection to the notices.

7    SANBORN:  OK.

8

9    **QUESTIONING OF KATHI SEMPLE:**

10   SANBORN:  On -- OK.  Kathi, what is your position here at the

11       Water Department?

12   KA. SEMPLE:    Officer manager.

13   SANBORN:  OK.  How long have you been working at Onset Fire

14       Department -- uh, Onset Water Department?  Sorry.

15   KA. SEMPLE:    Over 24 years.

16   SANBORN:  Twenty-four years?  Were you present on April 27th,

17       2004 --

18   KA. SEMPLE:    Yes, I was.

19   SANBORN:  -- in this office?  Did you hear what happened that

20       day between Lori Ann Moran and Bill Gay?

21   KA. SEMPLE:    Yes, I did.

22   SANBORN:  OK.  In your words, could you tell us...?

23   KA. SEMPLE:    Do you want me to read what I wrote down, or do

1       you want me to just say?

2    (overlapping dialogue; inaudible)

3    SANBORN:  Well, you just tell us whatever you want.

4    KA. SEMPLE:    Um, Billy approached me at my desk, and, um,

5       asked me if I would get some, uh, minutes for the meeting

6       together for him.  And he said to me, "Will you get this

7       stuff together, because we need --"  We were on a time

8       period.  And, uh, I was doing the billing, and he said, "If

9       you can get it together, I'll do the tapes, she can do the

10      copying, and you just keep doing the billing."  Then Lori

11      said, "'She?'  That's all I am is a 'she'?!"  And then she

12      kept saying that.  Um, she seemed a little upset that he

13      had referred to her as "she."  Um, Billy said, "I'm sorry,

14      uh, Lori.  I was talking to Kathi, and asked for her to get

15      some stuff together for me.  I didn't mean to offend you.

16      I don't even know what I did."  Um, I got up; I walked out

17      back.  And then I heard, uh, Billy say, um, "Did you just

18      tell me to shut up?"  And I came back into the office, and

19      Billy said again, "Did you say for me to shut up?"  And she

20      said, "No.  It was on my lips, but it didn't come out."

21      And Billy had [inaudible] "Let's just stop.  Don't tell me

22      to shut up."  So then he went -- he left.  And after he

23      left, I said to Lori, "I don't think he meant anything by

Onset Brd of Water Commisioners                               10
6/30/06 Meeting

1       that, Lori."  I said, "He was talking to me, and he even

2       called me 'you.'  'You get the stuff together for me,' he

3       said.  [inaudible] I was doing the billing, and I didn't

4       find it offensive."  Which I didn't.  I said, "I don't

5       think he meant anything by it."  And she again said that

6       she didn't like being called "she" and referred to as

7       "she."  And then, it was a little while later, and Jay and

8       Chris came into the office, and Billy called me on the

9       Nextel.  And he said, "Ladies, would you remind me to drive

10      [inaudible]?  And then, uh, [inaudible] mind giving me a

11      ride home?"  Lori said to me, "Tell him I'll give him a

12      ride home on my front bumper."  And I kind of shook my head

13      like no, I wasn't going to say it.  So she got up, took the

14      Nextel from my hand, and said to Billy, "I'll give you a

15      ride home on my front bumper."  Uh, Billy came back on the

16      radio and said, "Kathi, will you give me a ride home?"  I

17      told him I would.  And he came into the office a few

18      minutes after that and said, um, "Lori, I don't like you

19      making remarks like that on the Nextel.  This is your

20      warning -- I'm giving you your verbal warning right now.

21      Don't say stuff like that on the Nextel."  "Well, I'm on a

22      'she'" is what Lori kept saying.  And then he said, "Well,

23      I'm telling you this is a verbal warning.  Now stop it."

                                                    12

1        says, "Oh, here he is.  Here he is.  He's at the front

2        door."  So I walked back around the front door.  She asks

3        Billy again, "Am I fired?  Am I fired?"  He says, "I'll let

4        you know when you get [inaudible]."  I mean, she was a

5        little forceful and she was loud when she was saying this

6        stuff.  Um, I don't know, you know, why, because I don't

7        think nothing happened that day, you know, to -- to bring

8        it on.  And I don't think he really meant to offend her if

9        he did.  You know, and apparently he did, because that's

10       why we're here.

11  SANBORN:  OK.  What was Bill's tone of voice in his conversation

12       with Lori Ann?  Soft?  Moderate?  Loud?  Shouting?

13       Yelling?

14  KA. SEMPLE:    When he was saying what?

15  SANBORN:  When the conversation was going on.

16  KA. SEMPLE:    Um, when he was talking to her about, "I'm

17       sorry," I would say he was talking normal.  You know, he --

18       he said, "I apologize.  I don't know what I did, but I'm

19       sorry."  [inaudible] is talking just like I'm talking.  He

20       wasn't yelling.  He wasn't, "You're fired!"  I mean, he was

21       just talking in a normal voice.

22  SANBORN:  OK.  What was Lori Ann's tone of voice in her

23       conversation with Bill?

Onset Brd of Water Commisioners                               13
6/30/06 Meeting

1   KA. SEMPLE:    Well, when she says, "What?  Now I'm just a

2       'she'?  I'm a 'she'?" it was -- it was loud.  Um, when he

3       said to her, "Did you say to me, um -- did you just tell me

4       to shut up?", it was -- she was quieter.  You know, I mean,

5       she wasn't rude, you know.  It was like a normal voice.

6       She said, "No, I didn't."  Uh, when she asked if she was

7       fired, she was starting loud again.

8   SANBORN:  OK.  Uh, a quick question.  Just, uh, [inaudible] did

9       it start?  Do you know?

10  KA. SEMPLE:    Um, I believe it was after three.  I think it was

11      probably -- maybe, uh...  I know it was about -- maybe five

12      or ten, maybe even 15 past three.

13  SANBORN:  Did you hear -- hear more than one conversation

14      between Bill and Lori Ann that afternoon?

15  KA. SEMPLE:    Yes.  Well, when he came back into the office and

16      he asked her to stop on the Nextel, that was another

17      conversation.  But [inaudible].  And then also in the

18      parking lot, because he had left.  And then he came back.

19  HEARNE:   How long did this take, do you think?

20  KA. SEMPLE:    On and off, it went from like, five, ten past

21      three right up until after four, five past four.

22  HEARNE:   What was Bill's tone when you -- he was, um, seeing

23      you -- you heard him say, "Did you say 'shut up'?"  Was

1      that louder.

2   KA. SEMPLE:    It was, um, a little bit -- yeah, louder.  Yes.

3      I would say it wasn't yelling.  I mean, because I was --

4      when he first said, you know, "I'm sorry," he kept like, a

5      basic -- he wasn't upset, no.  He was talking -- you know,

6      talking like I'm talking.  He didn't get excited, no.  He

7      just said, "Did you say 'shut up'?", you know.  I mean, he

8      wasn't yelling at her, and she -- at that point, she wasn't

9      yelling back, "No, I didn't say 'shut up'!"  She said, "It

10     was on my lips, but it didn't come out."  I mean, she was

11     louder when she said, you know, "Now I'm only a 'she'."

12     That was a lot louder, and it was constant.

13  HEARNE:    Did you see either Billy or Lori Ann leave the

14     building?

15  KA. SEMPLE:    Yes.  I saw Lori Ann leave the building, and I

16     saw Billy leave the building a couple of times.  Well, he

17     exited out the side door -- you know, because I went out

18     there to check to see if he had left the building, and he

19     wasn't there.

20  HEARNE:    And whi- which way did Lori go?

21  KA. SEMPLE:    She went out the front door with me, because I

22     waited -- she asked me to wait for her.  "Wait with her,"

23     she said.

Onset Brd of Water Commisioners                                    15
6/30/06 Meeting

1    HEARNE:    OK.

2    SANBORN:   So the conversation that started inside --

3    KA. SEMPLE:    Yes.

4    SANBORN:   -- it ended outside, too?

5    DIPASQUA: There was a conversation out in the parking lot also,

6         right?

7    KA. SEMPLE:    Yes.

8    DIPASQUA: Were there any -- during the conversation between Lori

9         Ann and Billy and you, at the time when you first started

10        early in the morning, who else was coming in and out of the

11        building?  Or did anybody else come in and out of the

12        building at the time?

13   KA. SEMPLE:    When Billy was talking to me, uh, the first time,

14        that he asked me to get the information together, and he

15        said that, um, you know, "I'll do the tapes, she can do the

16        copying, and you just keep doing the billing," Peter was

17        present.

18   DIPASQUA: Peter...?

19   KA. SEMPLE:    Murphy.

20   DIPASQUA: And whereabouts --

21   KA. SEMPLE:    And she --

22   DIPASQUA: -- was he?

23   KA. SEMPLE:    In front of my desk, with Billy.  And then later

Onset Brd of Water Commisioners                                16
6/30/06 Meeting

1    on, um, when -- with the Nextel, Chris and Jay had come

2    over.  That was after.

3  DIPASQUA: And whereabouts were they in the room when that

4    happened?

5  KA. SEMPLE:   Um, I [inaudible] Jay was in the office, and I

6    believe, uh, Chris was either in the kitchen or out back.

7    But they were both in the building.

8  DIPASQUA: Where was Lori?

9  KA. SEMPLE:   [inaudible]

10  DIPASQUA: If you -- if you're at your desk and Peter was in

11    front, and, uh, (overlapping dialogue; inaudible) --

12  KA. SEMPLE:   Peter was in front of my desk, closer to my

13    computer, and Billy was next to him.  Lori was over at her

14    desk.

15  DIPASQUA: OK.

16  HEARNE:   Had there been any, um, verbal confrontations or

17    anything earlier in the day?

18  KA. SEMPLE:   No.  Not that I -- not that...

19  HEARNE:   OK.  Nothing similar or anything like that?  No?

20  KA. SEMPLE:   No.  Like I said, it kind of surprised me,

21    because I didn't...

22  SANBORN:  Anything else?

23  HEARNE:  No, I got nothing.

Onset Brd of Water Commisioners                                    17
6/30/06 Meeting

1   DIPASQUA: When, um, you said you heard Lori say that she'd give

2        him a ride home on her bumper, did you, um, take that as --

3        to be a threat?  Or just, uh, um -- how do I want to put

4        it?  Um, just, you know, something in jest?

5   KA. SEMPLE:    Uh, actually, at that period of time, after they

6        had had the -- the argument in the office, um, I wouldn't

7        say it.  She had asked me to tell him that, and I said no,

8        and she got up and took the Nextel from me to tell him,

9        because I didn't think it was a good time to even say that

10       at that moment, because they had just had had, you know,

11       words.  And she seemed to be upset with him, and like I

12       said, he had left the room.  And I just didn't it was

13       appropriate to say that.  And so I said I wasn't going to

14       say it, so she got up and said it.  And, um, I mean, it's -

15       - it's nothing I would -- would have thought [inaudible]

16       say.

17  HEARNE:   What was Lori Ann's tone of voice on the radio?

18  KA. SEMPLE:    Um, well, she --

19  HEARNE:   [inaudible]

20  KA. SEMPLE:    -- just said it so he could hear her.

21  HEARNE:   OK.  Just...?

22  KA. SEMPLE:    I mean, she wasn't screaming, but on -- she

23       wasn't real, real quiet.  She -- probably a normal voice,

Onset Brd of Water Commisioners                                     18
6/30/06 Meeting

1        she was saying it.

2    SANBORN:  Now, did you have any conversations, Lori and

3         yourself, over this?

4    KA. SEMPLE:    Yes.  I had asked her, um -- Billy left after

5         saying about, uh, "she."  I had said to Lori, "I don't

6         think he meant anything by it."  I said, "Lori, he was

7         talking to me, telling me what to get together.  And he

8         just said -- he called me 'you,' and 'you get the stuff

9         together for me, and I'll do the tapes, and she can do the

10        copying, and you just keep doing the billing.'  And I

11        didn't take it offensive.  He was just having a

12        conversation with me."  I says, "I don't think he meant

13        anything by it."  And out -- and out in the parking lot, I

14        had a conversation with her.  I said, "I think he's walking

15        home, and I think maybe we should just leave."  Because I

16        did think Billy was walking home at that point, because it

17        was after four.

18   SANBORN:  Anything else?

19   HEARNE:   No, I think we should just tell her [inaudible].

20   SANBORN:  [inaudible]?

21   DIPASQUA: I [inaudible].

22   SANBORN:  OK.  Thank you, Kathi.  And the second person would

23        be, uh, Peter Murphy.

Onset Brd of Water Commisioners                                19
6/30/06 Meeting

1

2  **QUESTIONING OF PETER MURPHY:**

3  MURPHY:   I haven't seen this many of my friends since the

4        election.

5  DIPASQUA: [inaudible] question would be, were you standing

6        somewhere between the desk and the coat -- and the, uh --

7        the computer?

8  MURPHY:   I was in front of Kathi's desk.

9  DIPASQUA: Had you been there for a while?

10  MURPHY:   I came in probably 20 minutes before that.  Uh, when I

11        went to the back room with Billy, he asked me -- they had -

12        - they...  Just for the record, for all of you, I -- I've

13        been the unofficial technical advisor to the water

14        commissioners and to Billy Gay since he's been

15        superintendent.  Um, Ramona Howell (sp?) put in a request

16        for minutes to meetings to water commissioner meetings for

17        Brian for the election.  And we had been talking about this

18        for about two days.  There was a ten-day right to elect-

19        Right to, uh, Information Act to get it done, and there was

20        a lot of information.  So I had talked to Billy about what

21        I would have done.  There were -- there are -- there are

22        tapes, there are transcripts, and there are minutes to

23        meetings.  So in the back room, I had talked to Billy, and

Onset Brd of Water Commisioners                                    20
6/30/06 Meeting

1       I said I would give her copies of all the -- the -- the
2       transcribed tapes that she requested, and then if he could
3       make copies of the tapes that weren't transcribed, give
4       them copies of the tapes, and that would cover the right to
5       Freedom of Information, as far as that goes.  And that they
6       should tell Ramona that you'd do the best you can, but it's
7       billing season, and with the election coming up, it's very
8       busy.  So we were talking out in the back room.  So what
9       Billy did was he said, "I'll have Kathi get the -- the, uh,
10      minutes of the transcribed meetings out of the files, and
11      I'm going to make the tapes that aren't transcribed."  So
12      he said, "Well, maybe Lori Ann can do the -- do the copies
13      of the transcripts you take out of the filing cabinet,
14      because Kathi is billing, and you should -- you shouldn't
15      hold up the billing."  We came out of the office, came to
16      the front of Kathi's desk.  I stopped at the counter.
17      Billy came around to the desk and said, "What we're going
18      to do is, if you can get the information together, I'll
19      help her."  And she went, "Oh!  I'm a 'her'?"  And he
20      stopped, and he said, "What did you say?"  And he said --
21      she said again, "Oh, I'm a 'her'?"  And he said, "I was
22      just talking to Kathi."  Kathi said, "He -- Lori Ann," she
23      says, "he's talking to me.  We're just trying to get this

Onset Brd of Water Commisioners                                    21
6/30/06 Meeting

1       all done."  So she sat down, and she said, "Billy, just

2       shut up."  So then the conversation stopped, because he

3       spun around, and he said, "What did you just say?"  And me

4       being me, said, "Well, come on.  If we're going to get past

5       this, come on, let's get this done."  And they kept

6       talking, so I said, "Well, I'm out of here.  See you guys

7       later.  Hope you make out OK."  And I walked out the back

8       door, and Billy came behind me.  Um, at the time I'm going

9       out the door, just for the record, I'm thinking, "I'm glad

10      I'm not the Superintendent."  Now, whatever the tone of the

11      voice or the jokes or anything that goes on in the past or

12      anything like that, he's the Superintendent.  But that's

13      just my opinion.

14  SANBORN:  Approximately how long do you think that all went --

15          took -- transpired?

16  MURPHY:  It was probably five minutes at the most that I

17          observed.

18  SANBORN:  That's what I'm saying -- just what you observed.

19  MURPHY:  I -- and to -- just to go further, I went home, and

20          Billy called me after 4 o'clock and said what had happened

21          and all the rest of it.  And just -- just told me.  But I

22          didn't ob- observe any [inaudible].

23  SANBORN:  There's no one else in your office except yourself?

Onset Brd of Water Commisioners                              22
6/30/06 Meeting

1   MURPHY:   You know, there's me, Billy, Kathi, and Lori Ann.

2   __:   [inaudible]

3   SANBORN:   And I'll ask you the same question as -- now, what was

4       Billy's tone when they were talking?

5   MURPHY:   Billy was just talking, and then Billy became

6       authoritative when he was talking to Lori Ann, because it -

7       - it came out of nowhere.  It was out of the conversation,

8       into the conversation.  So he spun around to see what it

9       was all about.

10  SANBORN:   OK.  What was Lori Ann's tone of voice?

11  MURPHY:   I -- she was loud.  She wasn't hostile or anything

12      like that, but she was loud, and -- and she wasn't in the

13      original conversation.  I mean, I personally look -- didn't

14      understand what she was mad about, but I don't know.

15  HEARNE:   Was Billy agitated before this because of the request

16      for the information?

17  MURPHY:   No.  Not "agitated" per se.  Everybody was a little on

18      edge because like I say, around here, it had a -- it -- it

19      had -- it -- it isn't [inaudible] what you think.  It's not

20      like, "Oh, we -- we need this in ten days."  It -- around

21      here, people bring things, and not for you Brian, but the

22      office up town, everybody comes and they want it now.  And

23      it's the billing season.  Two times a year, the most

1       important part of this whole place, and there was a lot of

2       information.  So they're trying to sort out what -- the --

3       what was the fastest and easiest way to do it.  Everybody

4       was a little agitated that way, but it's just because you

5       had to stop to do what you had to do if you got to tenth

6       day, and that's what they were worried about.

7   SANBORN:   OK.  So you didn't see Billy or Lori Ann leave the

8       office?  You -- you were [inaudible]?

9   MURPHY:   Billy ca- I -- Billy came up behind me through the

10      side door when I was leaving, and what happened, where he

11      went from there, I don't know.  I didn't see Lori Ann at

12      all.  Lori Ann was still in the office when I left.

13  SANBORN:   Anything else, Brian?

14  HEARNE:   No.  The [inaudible] pertained to later.  And you said

15      you left five minutes after --

16  MURPHY:   Yeah.

17  HEARNE:   -- so...

18  SANBORN:   Andy?

19  DIPASQUA:   No.  I'm all set.

20  SANBORN:   OK.  Thanks, Peter.

21  MURPHY:   [inaudible]

22

23  SANBORN:   OK.  We have two more witnesses, Jay and Chris, but I

Onset Brd of Water Commisioners                          24
6/30/06 Meeting

1        believe they're out on a water leak right now.

2    __: Can you find out how soon they [inaudible]?

3    DIPASQUA: I'm going to put this on pause [inaudible]

4    SANBORN:  [inaudible].

5    DIPASQUA: All right.  We've going on pause at about seven...

6    (break in audio)

7    SANBORN:  All right.  We're back on at, uh, about seven...

8    HEARNE:    Forty-seven.

9    SANBORN:  -- forty-seven.  OK.

10   __:  [inaudible]

11   SANBORN:  So about a 15-minute pause there.  OK.  Calling Jay.

12       Sit right over there.

13   HEARNE:    He should state his full name for the record.

14

15   **QUESTIONING OF KERRY "JAY" SEMPLE:**

16   SANBORN:  Yes.  Say your full name for the record, Jay, please.

17   KE. SEMPLE:    Kerry Semple.

18   SANBORN:  OK, Jay.  How long have you been working at the Water

19       office here?

20   KE. SEMPLE:    Uh, it'll be two years in July -- uh, August.

21   SANBORN:  And what's your [inaudible] position?

22   KE. SEMPLE:    Uh, laborer.

23   SANBORN:  On April 27th, were you working for the Water

1        Department?

2    KE. SEMPLE:     Yes.

3    SANBORN:  Uh, were you in the office when the conversation

4            between Bill and Lori Ann was going on?

5    KE. SEMPLE:     Uh, we came in about five of four, probably.

6    SANBORN:  Five minutes of four?  OK.  Can you tell me in your

7            words what you heard, or what you saw, or...?

8    HEARNE:     And just quickly, just roughly, where were you when

9            you -- when you heard and saw all this yourself?

10   KE. SEMPLE:     Uh, I'd say at about the middle [inaudible].  I'd

11           seen -- see, um, Lori Ann ask Kathi to ask Billy that -- to

12           tell him that she'd give him a road home on the bumper, and

13           Kathi wouldn't say nothing.  And then Lori Ann grabbed the

14           thing and said that she would give Billy a ride home on the

15           bumper.  Then, uh, Billy came in and gave her a verbal

16           warning.  And she just yelled at him that it was just...

17           She yelled like, "Does -- does that mean I'm fired?"  And

18           Billy just didn't say anything.  She yelled again, "Does

19           that mean I'm fired?"  And Billy at that time just said,

20           "I'll let you know," and walked away.

21   HEARNE:     Where was Billy and -- and Lori Ann's positions in

22           that office area physically?

23   KE. SEMPLE:     Um, she was standing at her desk, and he was

Onset Brd of Water Commisioners                          26
6/30/06 Meeting

1          standing I think over there at the computer, maybe?

2          [inaudible]

3     SANBORN:   OK.   Did you see Bill leave the office after that?

4     KE. SEMPLE:    Yeah.   He walked out the back door.

5     SANBORN:   OK.   After that, did you see Lori and Kathi leaving

6          the office?

7     KE. SEMPLE:    Um, Kathi left out the back door to see where

8          Billy went, and he had walked down the hill.   And then they

9          both went out the front door, and walked around that side

10         of the building, "both," uh, meaning Kathi and Lori had

11         walked towards the back of the building.

12    DIPASQUA: Did you hear any conversation outside?

13    KE. SEMPLE:    Uh, not really.   I was [inaudible] -- clocking

14         out [inaudible].

15    HEARNE:   What was Lori's tone when you heard her say, um, the

16         "ride on the bumper" thing?

17    KE. SEMPLE:    What was the tone?

18    HEARNE:   Yeah.

19    KE. SEMPLE:    I don't know.   She was talking on the radio.

20    HEARNE:   So just a normal voice?

21    KE. SEMPLE:    Yeah.   She just said that she was going to --

22         that she'd give him a ride home on his bumper.

23    SANBORN:   OK.   Between those and Lori Ann's -- and their

Onset Brd of Water Commisioners                                      27
6/30/06 Meeting

1          conversation, their voices, what was -- can you tell me,

2          was it moderate, loud, soft when they were talking to each

3          other?

4     KE. SEMPLE:    Um, Lori Ann was a little bit louder than --

5          Billy wasn't really too loud.  He was just talking.

6     HEARNE:    Roughly how long do you think this -- this was going

7          back and forth?

8     KE. SEMPLE:    Roughly five minutes, maybe?

9     HEARNE:    How long would it -- how long did you say?

10    KE. SEMPLE:    Roughly about five minutes.

11    HEARNE:    Five minutes?

12    SANBORN:  So you came into the office -- you said what?  Five

13         minutes of four?

14    KE. SEMPLE:    Yeah, roughly about that.  It was -- [inaudible]

15         getting ready to go.

16    SANBORN:  During that day, did you hear any other conversation

17         between, uh, Bill and Lori Ann?

18    KE. SEMPLE:    No.  [inaudible] working, came in.

19    SANBORN:  Well, let --

20              [BREAK IN AUDIO - BEGINNING OF GAP IN TAPE A]

21    **Tape 2, Side A**

22    **QUESTIONING OF WILLIAM F. GAY, III**

23    SANBORN:  -- [inaudible].  And he says one -- one water

Onset Brd of Water Commisioners                                28
6/30/06 Meeting

1       commissioner did resign; one -- one is related to Lori Ann,

2       and it was just myself, and there was no way that I could

3       act on anything.

4  HEARNE:    Oh, OK.

5  SANBORN:   And it got to a point -- time just marched on, and

6       there wasn't time to get a letter from Lori Ann's lawyer.

7       And that kind of just -- once we get that, then we notify

8       our lawyers.  And he just...and that whole period, we still

9       couldn't decide on anything, because there's only one

10      member of the board.

11  DIPASQUA: I had one other item, but I just lost it.  Um, the

12       first paragraph, down at the end, it says, "Lori followed

13       me out to the loading dock?"

14  GAY: Yes, she did.

15  DIPASQUA: And proceeded to badger you again?

16  GAY: Yes.

17  DIPASQUA: The -- the pair of witnesses said she never left the

18       office until 4 o'clock.  She went out the front door with

19       Kathi.

20  GAY: She never -- she went to the loading dock, to the door to

21       the loading dock.  I don't think she ever stepped on the

22       loading dock, but she was there.  They might have missed

23       that point.

Onset Brd of Water Commisioners                              29
6/30/06 Meeting

1    HEARNE:    And you had continued on walking at that point?  You

2          went out the door or out the dock and [inaudible]?

3    GAY: Yes.

4    HEARNE:    [inaudible]

5    SANBORN:  Uh, your last words to Lori Ann was -- when you left

6          the building, what were they?

7    GAY: N- not really much, except for when -- when you go back to

8          the "shut up" thing.  I -- I was -- I was in a situation

9          where I felt trapped.  And I don't lie.

10   SANBORN:  So you -- when you walked out, you -- you were with

11         Peter and...?

12   GAY: Kathi.

13   SANBORN:  Kathi?

14   GAY: Yep.  [inaudible].

15   HEARNE:   Who were you -- later on, when you went out the second

16         time, who were you with?

17   GAY: I went out the first time with Peter and Kathi.  Came back

18         in.  Left the second time [inaudible].  Got the Nextel

19         [inaudible].  Came back.  Left again, hoping that she would

20         leave.  And she didn't.

21   DIPASQUA: All right.  The third time, you we're -- you were by

22         yourself again?

23   GAY: Excuse me?

Onset Brd of Water Commisioners                          30
6/30/06 Meeting

1   DIPASQUA: The third time, you were by yourself?

2   GAY: When I left?

3   DIPASQUA: Yes.

4   GAY: Yes.

5   DIPASQUA: Yeah.  When you started walking out, down around...

6   GAY: Down around.

7   HEARNE:   Which time was it that Lori followed you out onto the

8        dock?

9   GAY: It was right after she had told me to shut up.

10  HEARNE:   And is that when Peter and Kathi went out also?

11  GAY: Yes, and I believe that they missed that point, too.  If

12       you asked them that question, they may have a different

13       answer now that it was brought out.

14  DIPASQUA: So the -- it's a real threat you feel is for future

15       incidences such as sexual harassment, um, instances, or

16       anything like that at this point?

17  GAY: Yes, I do feel very afraid of that.

18  SANBORN:  What about your authority as the Superintendent?

19  GAY: I feel like if she [inaudible], I can't have no authority

20       at all over her.  I don't, um -- I don't think anybody

21       would.  I think she would have free reigns.  Because that -

22       - it did degrade that authority that much.

23  HEARNE:   Was anyone else agitated during that workday, where --

Onset Brd of Water Commisioners                              31
6/30/06 Meeting

1        I don't know if you have -- you have -- we have a small

2        department of five people, and after a while, things are

3        going to happen, no matter -- no matter what.  Was anyone

4        else agitated earlier in the day, or...?

5    GAY: Not that I know of.

6    HEARNE:   Later on in the day?  Or...?

7    GAY: Not that I know of.

8    SANBORN:  OK.  Another person?  I (inaudible).

9    HEARNE:  [inaudible]  Do you have any?

10   __:  [inaudible], sir.

11   __:  [inaudible]  If it comes back, I'll quickly ask it for

12       you.

13   SANBORN:  OK, thank you.  OK.  You are next.

14   __:  Is --

15   ISHIHARA: [inaudible]?  Thank you.

16

17   **QUESTIONING OF KATHI SEMPLE:**

18   DIPASQUA: -- is Kathi still here?  Could I ask Kathi a question?

19   SANBORN:  I don't know if she's still here or not.

20   DIPASQUA: Kathi?

21   KA. SEMPLE:    What?

22   DIPASQUA:  Can I ask you another question, please?  I'm sorry.

23       I forgot before.  You can stand right there.  You don't

Onset Brd of Water Commisioners                          32
6/30/06 Meeting

1        have to...

2    KA. SEMPLE:    Oh, I'm fine.

3    DIPASQUA: Um, on the statement on the Nextel that, um, she

4        wanted to give him a ride home on the front of the bumper,

5        if he didn't -- if you perceived this statement as

6        threatening, why wouldn't you have sent Lori home right at

7        that time, before Billy even got back?

8    KA. SEMPLE:    That's -- this was, uh, um, probably between

9        Billy.  I just don't think that statement should have been

10        made.  That's why I wouldn't repeat it.

11    DIPASQUA: OK.  OK, fine.  Thanks.

12    SANBORN:  OK.

13    ISHIHARA: That's it?

14    SANBORN:  Yeah.

15    ISHIHARA: Thank you.

16

17    **QUESTIONING OF LORI MORAN:**

18    ISHIHARA: Uh, Mrs. Moran, would you please state your name and

19        your address for the record?

20    MORAN:    Lori Ann Moran, 88 Main Avenue in Onset.

21    ISHIHARA: And what's your job title with the Water Department?

22    MORAN:    Office clerk.

23    ISHIHARA: And when did you first become employed by the Water

Onset Brd of Water Commisioners                                33
6/30/06 Meeting

1        Department?

2    MORAN:    Uh, April 1st.  It's -- it's been two years, so 2002.

3    ISHIHARA: And, uh, before you started working for the Water

4        Department, were you employed elsewhere?

5    MORAN:    Yes.  [inaudible] Cranberry Commons in -- right down

6        here at East Wareham.

7    ISHIHARA: And, um, so how long did you work at -- is it

8        [inaudible]?

9    MORAN:    I was there for 13 years, and, um, I worked for

10        Cranberry Commons, um, off and on for 15 years, part time

11        and full time.  I had left [inaudible] once for two years,

12        or about a year-and-a-half, two years to go full time for,

13        um, Cranberry Commons.  And then, I went back to

14        [inaudible] a second time.

15    HEARNE:   How long were you at Cranberry Commons [inaudible]?

16    MORAN:    O- over the course of 15 years.  It was part-time.  I

17        used to do laptop work at home for him, so I could do that

18        late.

19    HEARNE:   [inaudible]?

20    MORAN:    Yeah.  And I did work full-time for him [inaudible],

21        maybe.

22    HEARNE:   That's approximately how long?

23    MORAN:    A year-and-a-half full-time.

Onset Brd of Water Commisioners                          34
6/30/06 Meeting

1    ISHIHARA: And with regard to, um, uh, [inaudible], who was your

2         -- who was the, uh, owner or your supervisor there?

3    MORAN:    Uh, [inaudible] Steven Santos (sp?) and Patrick

4         Giodano (sp?).

5    ISHIHARA: And, um, was any disciplinary action ever taken

6         against you there?  No?  Did you get raises while you

7         worked there?

8    MORAN:    Yes.

9    ISHIHARA: On a regular basis?

10   MORAN:    Yeah.  I doubled my income while I was there.

11   ISHIHARA: And, um, with regard to, um, uh, Cranberry Commons,

12        can you tell us what your job duties were there?  Did --

13        did they vary somewhat?

14   MORAN:    They varied from the beginning to the end.  I started

15        off as [inaudible] as a laborer and worked my way up to,

16        uh, Peter's personal secretary and, you know, ran the

17        office and did the bookkeeping for him.

18   ISHIHARA: And for the record, who -- who is Peter?

19   MORAN:    Peter Ferry (sp?) is the owner of, um, Cranberry

20        Commons, which used to be [inaudible] Redemption.

21   ISHIHARA: And did you ask him to write a letter, um, on your

22        behalf for this, uh, hearing this evening?

23   MORAN:    Yes, I did.

Onset Brd of Water Commisioners                                    35
6/30/06 Meeting

1    ISHIHARA: Um, I'd like to offer a letter -- it's dated, um, June

2        20th, 2004 -- from, uh, Peter Ferry (sp?) with regard to

3        Lori Ann -- Lori Ann.  And this is the, um -- this is the

4        original.  I have copies for the other commissioners.

5    SANBORN:  You know, we basically [inaudible] this within the

6        night of -- the day of April 27th.  So that's why I'm

7        [inaudible] out if we can even let this in.

8    ISHIHARA: The, um -- the issue on this, um, with regard to this

9        letter, I think, is that there, um, have been some

10       allegations made here this evening that, uh, Mrs. Moran is

11       somehow a -- a, um, a threatening, hostile sort of person.

12       And so I'd like to countermand that or contradict that with

13       a statement from a previous employer, which certainly

14       indicates that that's not the case.  And -- and I'd just

15       like to state, too, that I think that, um, most of the

16       people that are here today that know, uh, Lori Ann Moran

17       would tend to agree that -- that she's not a hostile,

18       threatening sort of person.  So I think that is an issue,

19       even though this doesn't talk specifically about the April

20       27, uh, two thou- 2004, um, incident, and ask that you

21       accept that as a -- as an exhibit.

22   ___:  [inaudible]

23   ISHIHARA: Turning now to April 27 of 2004, um, were you in the

Onset Brd of Water Commisioners                              36
6/30/06 Meeting

1       office that day?

2    MORAN:    Yes, I was.

3    ISHIHARA: And were you in the office around 3 pm?

4    MORAN:    Yes, I was.

5    ISHIHARA: And, um, can you tell us around 3 pm where you were?

6    MORAN:    At my desk.

7    ISHIHARA: And who else was, um, in the immediate office -- or

8        immediate vicinity of your desk?

9    MORAN:    Um...at ten after three [inaudible], Peter Murphy came

10       in, um, and that made it -- so it was Peter Murphy, myself,

11       Superintendent Gay, and Mrs. Semple.

12   ISHIHARA: And, um, was there any conversation going on at that

13       time?

14   MORAN:    Yeah.  We were just -- general conversation that we

15       usually have at the Water Department.

16   ISHIHARA: And at -- at some point, did you go to your -- um, go

17       back to your desk?

18   MORAN:    I never left my desk.

19   ISHIHARA: OK.  And, um, at some point, did the conversation turn

20       to a matter having to do with the, uh -- with the tapes and

21       the minutes that we heard talked about --

22   MORAN:    Yes.

23   ISHIHARA: -- earlier this evening?  And, um, did Mr. Gay have

Onset Brd of Water Commisioners                              37
6/30/06 Meeting

1        anything to say about the tapes and the minutes?

2    MORAN:    He was speaking to Kathi and Peter about the minutes.

3    ISHIHARA: And, um, for the record, can you tell us how far away

4        is your desk from the place where, uh, uh, Mr. Gay and

5        Kathi Semple were -- were speaking?

6    MORAN:    The desks were exactly the way they were, and always

7        have been.  I'd -- give or take, ten feet.

8    ISHIHARA: And, um, could you clearly hear what, um, Kathi Semple

9        and Mr. Gay were saying?

10   MORAN:    Yeah, just because of where I'm sitting.

11   ISHIHARA: OK.  And what -- what -- what was Mr. Gay saying?

12   MORAN:    Um, that he wanted the -- to take care of, um,

13       Ramona's request for copies of the minutes of the meeting,

14       and the tapes, and that type of stuff.

15   ISHIHARA: And, um, did he make any reference to you in that

16       conversation?

17   MORAN:    He, um -- I'm assuming it was me, because he was -- he

18       wasn't -- wasn't using my name.

19   ISHIHARA: Well, what did he say, specifically?

20   MORAN:    "Kathi, you can, um, get the -- uh, copies out of the

21       file, the minutes of the meeting, and -- and she can make

22       the copies, and she can, um, staple them all together and

23       get them in order."  That type of stuff.

Onset Brd of Water Commisioners                                    38
6/30/06 Meeting

1    ISHIHARA: Was there anyone else around other than, um, yourself

2         and Kathi Semple, and Mr. Gay, and Mr. Murphy?

3    MORAN:    Not that I'm aware of.

4    ISHIHARA: And how often, um -- you say that you felt that Mr.

5         Gay was referring to you as -- as "she" and "her."  How --

6         how often did he make that reference to you?

7    MORAN:    It was probably three or four times.

8    ISHIHARA: And, um, after you heard those references to yourself,

9         uh, did you say anything?

10   MORAN:    Yes, I did.

11   ISHIHARA: What did you say?

12   MORAN:    I said, "Excuse me, Kathi, but 'he' and 'she' that" --

13        I'm sorry -- "the 'she' and 'her' that he is referring to,

14        um -- that Billy is referring to is me.  I'm sitting right

15        here."

16   ISHIHARA: And, um, did you raise your voice when you said that?

17   MORAN:    No.  I just said, "Excuse me, Kathi."  You know, they

18        were talking, and I just wanted to interrupt the

19        conversation because I didn't -- I didn't appreciate it.

20   ISHIHARA: OK.  And, um, did -- did, um, Mr. Gay say anything at

21        that point?

22   MORAN:    Um, he just basically told me I wasn't part of that

23        conversation, you know?

Onset Brd of Water Commisioners                                      39
6/30/06 Meeting

1    ISHIHARA: Did he apologize?

2    MORAN:    No.  Not at all.

3    ISHIHARA: And, um, after Mr. Gay told you, you know, you're not

4          part of this conversation, um, what happened next?

5    MORAN:    I just said, "I really don't like you talking --

6          referring to me like that."  That I have a name, and my

7          name is Lori, and I prefer that you call me "Lori" when

8          you're speaking of me or to me.  I don't like being called

9          "she" or "her."  And, um -- and then he responded back to

10         me, "It's only words.  Get over it."

11   ISHIHARA: At that point, did, um, uh, uh, Miss -- Mrs. Semple

12         and Mr. Murphy, uh, leave -- leave the, um, area of your

13         desk?

14   MORAN:    Yeah.  They -- they were never at my desk.  They were

15         at Kathi's desk.

16   ISHIHARA: And, um, they left Kathi's desk.  Where did they go?

17   MORAN:    Out back, to- towards the -- the back entrance, the --

18         towards the loading dock.  I didn't get up, so I don't know

19         if they went out to the loading dock, or if they were just

20         right around the corner.

21   ISHIHARA: And, um, at -- at some point, did Mr. Gay leave after

22         they had left?

23   MORAN:    Mr. Gay had come into the office.  He had to -- just

1       to get the tapes and stuff that they were discussing.

2    ISHIHARA: When you say "the office" here, you're referring to --

3    MORAN:    I'm sorry.

4    ISHIHARA: -- the Water Commissioners' office?

5    MORAN:    The Water Commissioners' office.   That's what we refer

6          --

7    ISHIHARA: (inaudible) office.

8    MORAN:    -- to it as.

9    ISHIHARA: OK.  And, um, after Mr. Gay went into the

10        commissioners' office, um, did he come back out into, um,

11        the office, or the area of the office --

12   SANBORN:  (inaudible)

13   ISHIHARA: -- near your desk?

14   SANBORN:  Oh, that's yours.  Oh.

15   ISHIHARA: Excuse me.  (inaudible)?  Sorry about that.

16   __:  It's all right.

17   ISHIHARA: So you say Mr. Gay went into the, uh, Water

18        Commissioners', um, room.  Where did he next go after that?

19   MORAN:    He came back through the office -- through the main

20        office.

21   ISHIHARA: And, um, he came back past -- did he come back past

22        your desk?

23   MORAN:    Yeah.

Onset Brd of Water Commisioners                               41
6/30/06 Meeting

1   ISHIHARA: And was there any conversation at that point between

2        you and he?

3   MORAN:    Yes, there was.

4   ISHIHARA: And what did you say, and what did he say?

5   MORAN:    I just said, "Billy, I'm sorry that you don't

6        understand why it's important to me not to be called 'she'

7        or 'her'."  I said, "It's a pet peeve with me.  I really

8        don't like it."  And I says, "I'm -- I just don't -- I

9        don't want to be referred to as that."  And he said, "Like

10       I said, it's only words."  And I said, "No, but it just..."

11       I said, "No, I'm not going to get into this.  I'm -- I'm

12       not that type of person, and I just want you to understand

13       that I don't like being called 'she' and 'her'."  And he

14       said, "Don't you tell me to shut up!"  And I said, "Billy,

15       I did not tell you to shut up."  And he walked around the

16       corner, and I heard him say to I assume Mr. Murphy and Mrs.

17       Semple that, um, "She'll never get away with telling me to

18       shut up."

19   ISHIHARA: Um, when you, um, told, um, Mr. Gay that, um, uh, you

20       didn't, um, wa- want to be called "he" or -- I mean, called

21       "she" or "her," uh, that it was a pet peeve of yours, did

22       you raise your voice?

23   MORAN:    No.  Neither one of us ever raised our voices.

Onset Brd of Water Commisioners                                    42
6/30/06 Meeting

1    ISHIHARA: Did you, um, stand up?

2    MORAN:    No.

3    ISHIHARA: At your desk?

4    MORAN:    No.

5    ISHIHARA: You remained seated at your desk?

6    MORAN:    The whole time.

7    ISHIHARA: And, um, you never told Mr. Gay to shut up?

8    MORAN:    No, I didn't.

9    ISHIHARA: And at that point, Mr. Gay went out into the, uh,

10        loading dock area?  Is that correct?

11   MORAN:    Around -- around the corner.

12   ISHIHARA: Around the corner?

13   MORAN:    Yeah.  It's through that door.

14   ISHIHARA: OK. And, um, is -- is that what you referred to as

15        "the back room?"

16   MORAN:    Yeah.  The loading dock is off of the back room, so...

17   ISHIHARA: And after that happened, um, uh, when did you next see

18        Mr. Gay in the office?

19   MORAN:    Um, after he came back.  The Nextel call.  There was

20        no other time that he came back and then out.  It was just

21        that.  He left.

22   ISHIHARA: And about what time did the so-called "Nextel call"

23        take place?

1    MORAN:    About -- just about closing time.  It was like, two

2         minutes of four.

3    ISHIHARA: So, um, this was maybe 40 or 50 minutes after he'd

4         left, um -- left the office, then?

5    MORAN:    No, I -- a little bit less than that.  Probably 20

6         minutes, 25 minutes.

7    ISHIHARA: And, um, can you tell us what happened with regard to

8         the so-called "Nextel conversation?"

9    MORAN:    Um, Kathi had just spoke to Chris and Jay and said

10        that, um -- "Do you guys know where Billy is?"  And Jay

11        said no.  Jay said that -- because she was questioning

12        whether he was coming right back, or if they had -- if they

13        knew he was on another call or whatever.  And Jay said no.

14        She said she's just going to call and check to see if he

15        needed a ride home.  His vehicle was broke.  And, um, so

16        she called him on the phone, and she said, "Bill, do you

17        realize it's two minutes of four?  Do you -- do -- are you

18        coming in?"  He said, "Yeah, I'm on my way."  And he said,

19        "By the way, can I catch a ride with you?"  He says, uh,

20        "My vehicle's broke."  And, um, I said, "Hey, Kathi, why

21        don't you just joke with him and -- and, uh, tell him I'll

22        give him a ride home on the bumper of my van."  And I said

23        -- I am sorry.  I -- I -- I said that wrong.  I said,

1    "Kathi, tell him just -- tell him Lori will give him a ride

2    home on the bumper of her van."  And Kathi refused to -- to

3    -- to do that.  And I said, "Oh, he'll know we're kidding.

4    Just give me the Nextel."  And I took the Nextel and, um,

5    Chris and Jay and Kathi were all standing right there.  And

6    I said, "Hey, Billy, it's Lori.  I'll give you a ride home

7    on the bumper of my van."  And, um, he didn't say anything

8    back to me, and all I heard then was, um, Billy come back

9    on and said, "Kathi?"  And she had taken the Nextel back

10   from me at that point, and she said, "Yes, Bill.  I will

11   give you a ride home."  In other words, she -- he didn't --

12   he didn't want to say anything more to me.

13   ISHIHARA: Good.  Um, did you -- did you grab the phone away from

14   Kathi, essentially?

15   MORAN:    No, I just -- she passed it to me.  So I mean, I put

16   my hand out; she put it in my hand.  I didn't grab it.

17   ISHIHARA: Did the, um, other two, uh, uh, people that were there

18   have any reaction to your statement?

19   MORAN:    They just kind of smiled and laughed.  You know, it

20   was -- it was not meant to be a threat.

21   ISHIHARA: What was your reason for making -- making that

22   statement?

23   MORAN:    Just to kind of defuse the situation.  Billy, um,

1       sometimes doesn't like to relax after he gets wound up, so

2       I was just trying to defuse it a little bit, you know?  And

3       I knew that the earlier conversation had probably upset

4       him.  I don't know why, but -- because I did try to

5       apologize that you don't understand why I don't like it,

6       but...

7   ISHIHARA: At any time at all prior to the Nextel, um,

8       conversation did Mr. Gay apologize to you for referring to

9       you as "she?"  Referring to you as "she" or "her?"

10  MORAN:   No.

11  ISHIHARA: And, um, after the conversation on the, um, uh,

12      Nextel, did Mister -- Mr. Gay came back into the, um,

13      office?

14  MORAN:    Yes.

15  ISHIHARA: Is that right?

16  MORAN:    Yes.

17  ISHIHARA: And, um, after he came back into the office, what was

18      the next thing that happened?

19  MORAN:    Um, he came through the office and walked over towards

20      the part where the copier (inaudible) is.  But as he was

21      walking, he was just, you know, kind of angrily walking,

22      with his arms waving.  And he -- "I just wanted to let you

23      know this is your verbal warning.  I'm sick of your snide

Onset Brd of Water Commisioners                                    46
6/30/06 Meeting

1    remarks, and you know, um, they're not going to be

2    tolerated anymore."  And I (inaudible), "You've got to be

3    kidding me.  I was just joking with you."  "This has gone

4    on -- I'm not joking with you.  This is your verbal

5    warning."  I says, "Well, if that's the case, Bill, then I

6    have every -- I would like to request that in writing: I --

7    that I have requested you not to refer to me as he- as

8    'her' and 'she' again."  And, um, he got a little upset and

9    said, "Oh, whatever."  And -- hold on a second, please.

10   Uh, then, um...  He -- he said -- he said something.  I

11   can't remember how -- what -- what actually brought it on.

12   Um...  About whatever -- or -- "I -- I'm not -- I'm not

13   going to -- you're not going to get it in writing," or

14   something like that.  And I -- then one thing led to

15   another, and -- and he says, um, "Well, if you don't like

16   it, you can leave."  I says, "What do you mean by that,

17   Bill?"  And he says, um, "You heard me.  If you don't like

18   it, you can leave."  I said, "Billy, are you asking me to

19   leave because it's 4 o'clock and it's quitting time?  Or

20   are you firing me?"  And, uh, he said, "You can take it any

21   way you want to."  I said, "No, Billy.  You need to clarify

22   that.  Why are you telling me to leave?"  And he says to

23   me, um, um -- I'm sorry.  I'm -- I'm getting a little

1       confused.  And he -- he says to me, "Take it any way you

2       want to."  I said, "No, I'm not going to.  You're going to

3       need to clarify that."  And, um, he said, "Hold on a

4       second.  Wait a minute," he said.  And then he -- he goes

5       around out back to the back door by the loading dock again,

6       and I hear his Nextel beep.  And out the back door he goes.

7       And, um -- so we -- we waited, meaning me and Kathi and

8       Chris and Jay, just a couple -- three minutes, and, um,

9       headed out towards the parking lot, because Billy didn't

10      come back in.

11  ISHIHARA: And, um, while you were out in the parking lot, did

12      you see Mr. Gay?

13  MORAN:   No.

14  ISHIHARA: You didn't speak to him at all before you -- before

15      you left for home?

16  MORAN:   When I was out in the parking lot after I (inaudible)

17      the first time, no.  Billy, um -- Billy went out the back

18      door, and me and, um, Kathi and Chris and Jay were standing

19      out front, because he had told me to wait a minute before

20      he went out the back door, um, basically, um, at the end of

21      that (inaudible) back there.  And when we went outside,

22      Kathi kind of went to the side of the building here, just

23      to look to see if he was standing out back here, talking on

1       his Nextel.  And I just kind of walked almost towards what

2       would be the -- the handicapped ramp there.  Chris and Jay

3       were getting in their vehicles.  And all of a sudden, Billy

4       came out the front door, so I just said to Kathi, I said,

5       "Oh!  He's over there, Kath."  And, uh, I said, "Well,

6       Bill, what's the verdict?"  And he says, "I'll let you

7       know."  Then he walked across the parking lot and got in

8       Kathi's van.

9    ISHIHARA: And was that the last you saw him that day?

10   MORAN:     Yep.

11   ISHIHARA: And, um, when was the next time that -- so you went

12       home after that, right?

13   MORAN:     Yes.

14   ISHIHARA: And, um, when was the next time that you heard from

15       anyone at the Onset Water Department?

16   MORAN:     The next morning, at 6:54 in the morning.

17   ISHIHARA: And, uh, from whom did you hear?

18   MORAN:     Kathi Semple.

19   ISHIHARA: And, uh, that was by telephone?

20   MORAN:     Yes.  (inaudible).

21   ISHIHARA: And in that, uh, telephone conversation, what did she

22       say, and what did you say?

23   MORAN:     She said, "Lori, I've just been called from -- by --

Onset Brd of Water Commisioners                         49
6/30/06 Meeting

1    just received a call from, um, Billy, and he's asked me to

2    call you to tell you to stay home for the day, with pay.

3    And, um, he'll let you know your status later in the day."

4  ISHIHARA: And, um, did you hear from Mr. Gay later that day?

5  MORAN:   No, I didn't.

6  ISHIHARA: Did you ever receive anything in writing from the, um,

7    Onset, um, Water Department with regard to your

8    administrative leave?

9  MORAN:   Um, I did eventually, after I requested it.

10 ISHIHARA: And, um, I'm going to show you a -- I'll give you

11   commissioners copies of this as well.  It's not actually

12   dated.  Um, it's addressed to Lori Moran from William Gay.

13   It states, "You are on administrative leave for events that

14   -- April 29th, 2004 for events that occurred on April 27th,

15   2004.  And you are pending for dis- disciplinary action."

16 MORAN:   (inaudible)

17 ISHIHARA: And if you could take a look at the, uh, letter of

18   April 29th, 2004, is that a letter that you received from

19   the, um, Onset Water Department?

20 MORAN:   I believe -- I believe so.

21 ISHIHARA: And I'm going to show you another, uh, letter that's

22   dated April 28th, 2004, um, from William Gay to yourself,

23   and ask if you can tell us, is that a, um, letter that you

Onset Brd of Water Commisioners                                    50
6/30/06 Meeting

1        received from the Onset -- from -- from Mr. Gay at the

2        Onset Water Department?

3   MORAN:     Yes, it is.

4   ISHIHARA: And, um, what's in that -- those two, um -- those two

5        letters?  Is there anything in them that says specifically

6        what you did on April 27th, 2004 that might have led to your

7        administrative leave?

8   MORAN:     Not that I can see.

9   ISHIHARA: Are we marking -- before I go on, are we marking

10       exhibits, um, sequentially by number?

11  HEARNE:    I don't think the commission's been doing that.

12  DIPASQUA: Yeah.  Well, again, I was (inaudible) them in as --

13  __:  (inaudible)?

14  DIPASQUA: -- (inaudible), but I didn't -- I didn't letter or

15       number them.  Would you like them to be?

16  ISHIHARA: If -- if -- if you would, that would be helpful --

17  DIPASQUA: OK.

18  ISHIHARA: -- so the, um...

19  DIPASQUA: And, uh, there's the --

20  SANBORN:   There's the letter...

21  DIPASQUA: -- letter from, um, Peter Curry will be A.  The letter

22       on April 29th will be B.  And the last letter is, um, April

23       28th, will be C.

Onset Brd of Water Commisioners                              51
6/30/06 Meeting

1    ISHIHARA: At any time on April 27th, 2004, um, did you ever

2         threaten Mr. Gay?

3    MORAN:   No, I did not.

4    ISHIHARA: Was there any reason for him to be fearful of "bodily

5         harm," as he -- as I believe he stated it?

6    MORAN:   I don't believe so.

7    ISHIHARA: Have you ever been present when, um, uh, Mrs. Semple

8         made any statements, uh, to, uh, Mr. Gay to the effect that

9         he is a liar?

10   MORAN:   Yes, I have.

11   ISHIHARA: And when was that?

12   MORAN:   Some time in March, the beginning of March.

13   SANBORN: OK.  I'm going to stop that.  That's -- we're talking

14        about the 27th here.

15   HEARNE:  (inaudible)

16   ISHIHARA: I don't have any further questions at this point.

17   HEARNE:  Lori, would you like to say anything?

18   MORAN:   I don't believe so.

19   DIPASQUA: Do you want a person (inaudible)?

20   SANBORN: What's that?

21   DIPASQUA: Do you want a person to (inaudible)?

22   SANBORN: Oh, yeah.

23   DIPASQUA: OK.  Lori, were you angry when you made the "ride on

Onset Brd of Water Commisioners                                    52
6/30/06 Meeting

1        the bumper" statement?

2    MORAN:    No, I wasn't

3    DIPASQUA: How many conversations did you have with Bill that

4        afternoon after the initial conversation concerning what

5        Bill said in reference to you?  The "she" statement?

6    MORAN:    As I -- just the statement I made on the Nextel, and

7        then when he came back into the building.

8    DIPASQUA: So you're saying basically, there were only two?

9    MORAN:    Yeah.

10   HEARNE:   When he came back, plus when he went outside after the

11       4 o'clock...?

12   MORAN:    So after 3:10, every single time I spoke to Billy: I

13       spoke to him on the e Nextel, I spoke to him when he came

14       back in the office, um, after the Nextel incident, and then

15       we spoke one more time briefly in the -- in the parking

16       lot.  I'm sorry.

17   HEARNE:   And you said that the tone of both of your voices was

18       not a yelling; it was normal tone?

19   MORAN:    I considered it normal tone for the -- all of the

20       conversations.

21   HEARNE:   For both of you?

22   MORAN:    For both of us, yes.

23   SANBORN:  OK.  How many other conversations did you have that

1       afternoon?  Was there anything prior to that?

2   MORAN:     During the course of the day, there could've --

3   SANBORN:   During the day?

4   MORAN:     -- been.  They could have been one; there could have

5       been ten, you know?  I -- it was --

6   SANBORN:   Yeah.

7   MORAN:     -- you know, it was a busy time of the -- at the...

8   SANBORN:   And you hadn't -- no other problems that day?

9   MORAN:     No.  Not with anyone.

10  SANBORN:   Are you sorry that you became angry or upset because

11      of what Bill said in reference to you?

12  MORAN:     I didn't become angry.  I was upset by it because I

13      don't think it's professional, but I don't think I became

14      angry at any rate.

15  SANBORN:   OK.

16  HEARNE:    How do you feel the office would function if we were

17      to have you come back to work tomorrow morning at eight?

18  MORAN:     I think it would be awkward.  At first.  But like

19      everything else, time heals.  And, um, these aren't

20      strangers.  These are people I've known my whole life.  It

21      would -- it wouldn't be perfect; I'm not going to say that.

22      But it -- it could -- it could (inaudible) again, you know?

23  HEARNE:    Do you regret that you made the "ride on the bumper"

Onset Brd of Water Commisioners                              54
6/30/06 Meeting

1        statement?

2    MORAN:    In hindsight, yes, I do.  Not because I -- because of

3            the text that it ended up being taken in.

4    SANBORN:  And I just want to follow up what Brian said.  Now,

5            you've had all of your coworkers come, you know, here

6            tonight.  And same thing: how would you feel?

7    MORAN:    Excuse me?

8    SANBORN:  How would you feel with all of your coworkers, even?

9            And not just Bill.

10   HEARNE:   Kathi (inaudible).

11   SANBORN:  They made statements tonight, too.  That...

12   MORAN:    I think -- I just said, I've known them all of my --

13           my life.  And, um, do you -- do you -- I don't think that

14           it's going to be, you know, happy-go-lucky (inaudible) in

15           the morning, but I mean, it -- it's -- it's like anything

16           else, Mike.  I believe time heals all.  You know what I

17           mean?  You only can be so mad so long, I believe, no mater

18           what the issues is.  You know, you didn't -- do you

19           remember, you know, when your bike got stolen when you were

20           ten?  You were really mad then, but you -- now, you're 50,

21           you could care less.  You know what I mean?  Everything has

22           an extreme, you know?  You don't -- people just -- you

23           know, unless they really want to, it's almost impossible to

Onset Brd of Water Commisioners                                    55
6/30/06 Meeting

1       stay mad forever.

2    DIPASQUA: Do you think you could work with these people without

3       getting into any disagreements again?

4    MORAN:    Like I said, I've known these people my whole life.

5       I've considered some of them friends, and I believe I could

6       -- I could work things out.

7    HEARNE:    The Superintendent did give you a verbal warning?

8    MORAN:    Yes, he did.

9    HEARNE:    -- on that day?

10   MORAN:    Yes, he did.

11   DIPASQUA: Now, how did you feel when he gave you that verbal

12      warning?

13   MORAN:    I was shocked, because really, what I said to him was

14      so completely out of text.  It was only meant to defuse the

15      situation from -- you know, the ten past three, 20 past

16      three?  The -- the first, initial, um, conversation.  It

17      was just meant to defuse, um, that.  That's all, you know?

18   SANBORN:   (inaudible)  Now, you said your conversations be --

19      between the two of you is when this happened, it was just

20      normal talking?

21   MORAN:    Um, it was just like, "Excuse me, Kathi," and then

22      Billy turned around and said that.  You know, there was

23      nothing that I would consider...screaming or hollering, if

1        that's what you're asking.  I'm -- a normal tone of voice.

2        Maybe a little assertive, meaning, um, "It's only words --

3        just get over it."  Is -- I mean, he didn't scream it by

4        any means, but he said it with more of an authority, you

5        know?  "It's only words -- just get over it."  Like, you

6        know, "Lori, just sit there."  You know, that type of

7        thing.  But I was part of the conversation, as you recall,

8        between myself, Kathi, Billy, and Peter.  The conversation

9        drifted over to Kathi's desk about the minutes of the min-

10       meeting, and I had gone back to work entering the notes off

11       of work orders for people who had broken (inaudible) and

12       stuff that past winter.  And I was just sitting there

13       trying to concentrate on it, and I just -- I -- I just took

14       offense to, you know, feeling that I didn't exist in the

15       office anymore.  Because you know, I'm sitting right there,

16       and -- and "she can do this," and to "have her do that," it

17       was like -- you know, I was just part of the conversation,

18       you know, two or three minutes earlier.  Like anything

19       else, I believe there's a right way and a wrong way to say

20       anything.  I could be standing outside of (inaudible), and

21       these there could be sitting here, and I could say, "Hey,

22       the guys are out there," or I could say, "Hey, the water

23       commissioners are out there."

Onset Brd of Water Commisioners                           57
6/30/06 Meeting

1   HEARNE:    OK.  Now, you say that -- that Bill never apologized

2       to you?

3   MORAN:    Never once.

4   HEARNE:    I don't have any other questions.

5   DIPASQUA: (inaudible)

6   SANBORN:    (inaudible) do anything (inaudible).

7   HEARNE:    Mrs. Moran, can we just have that (inaudible)?

8   MORAN:    I'm sorry.  (inaudible), did you say something?

9   HEARNE:    I just said I don't have any questions.  Right now.  I

10      was just thinking.

11  DIPASQUA: While he's over there thinking, just for the record,

12      um, Billy's statement of the, um, deed on the -- the list,

13      just so that it's all lettered.  I hadn't lettered that

14      one.  (inaudible).

15  HEARNE:    Do we have any other --

16  ISHIHARA: I actually had one other issue.  I'm sorry.  I -- I

17      meant to --

18  HEARNE:    I meant do we have any other paperwork?

19  ISHIHARA: Oh, I'm sorry.

20  HEARNE:    We can just get them lettered while you're...

21  ISHIHARA: Right.  Well, that's what -- one of the things I had.

22  HEARNE:    Oh.  (inaudible)

23  ISHIHARA: Although I don't have extra copies of this.

Onset Brd of Water Commisioners                              58
6/30/06 Meeting

1   HEARNE:    We can (inaudible).

2   ISHIHARA: Um, there's -- there's mention in, um, Mr. Gay's

3           statement that he, um, attended a, uh, a sexual harassment

4           class.  Um, I'm not quite sure where that fits into his

5           statement, but I just wanted to, um, offer some evidence,

6           um, uh, contradicting that.  Um, Miss -- Mrs. Moran, was

7           there a, uh, sexual harassment, um, class or workshop that

8           was offered here at the, um -- the Water Department?

9   MORAN:     It was offered through the Fire Department.

10  ISHIHARA: And, um, were you present at that --

11  LOWRIE:    Excuse me.  I -- I don't mean to interrupt, but just

12          (inaudible) point of clarification, I thought it had been

13          understand that, uh, Bill had indicated that since the

14          Board only wanted to consider what occurred on April 27th

15          that any (inaudible) that's in his statement concerning

16          other things was to be disregarded, and that's his

17          intention.  So while I don't necessarily object to what

18          you're doing, I don't see why (inaudible) evidence of that,

19          since that portion of his own statement isn't even being

20          considered.  He wants it to be considered (inaudible).

21  SANBORN:   All right.  Oh, I don't know what point you're trying

22          to...

23  DIPASQUA: Can -- can we accept only parts of his statement?  Or,

Onset Brd of Water Commisioners                                    59
6/30/06 Meeting

1        as it's in writing, do we have to accept it as whole?  And

2        if so, (inaudible) the letter as a document?

3    HEARNE:   Well, (inaudible) can limit the, uh -- the

4        applicability of (inaudible).

5    LOWRIE:   It's my understanding that the Board, uh...

6    SANBORN:  We accepted his statement once (inaudible).

7    LOWRIE:   Right.  But it -- it was also accepted into -- instead

8        of --

9    SANBORN:  (inaudible)

10   LOWRIE:   -- (inaudible) tonight, it -- now, do we have the

11       right to go and cross things out?  (overlapping dialogue;

12       inaudible)

13   GAY: I don't think it's a question of crossing things out.  I

14       think it's a question of the whether the board will --

15       will, uh, rule that, uh, they're only going consider

16       certain parts of the statement.

17   LOWRIE:   OK.

18   GAY: Or not, as the case may be.

19   DIPASQUA: I was under the impression we were only considering

20       parts of the statement as (inaudible) as of April 27th and

21       April 28th.

22   LOWRIE:   OK.

23   DIPASQUA: All right?

Onset Brd of Water Commisioners                                    60
6/30/06 Meeting

1   LOWRIE:   Does that --

2   DIPASQUA: That's --

3   LOWRIE:   -- need to be in the form of a motion?

4   GAY: There's nothing wrong in -- in clarifying the record in

5        that regard.  If you wish to do so, yes.

6   DIPASQUA: I make a motion we clarify that we're only accepting

7        from April 27th and 28th, and was there another date right

8        after that that -- that there was another letter that went

9        out the 29th?  That's basically the only days that we're

10       looking for.  Nothing before that.

11  HEARNE:   Well, wouldn't it be (inaudible) that point forward to

12       today?

13  DIPASQUA: Right.  Um...

14  SANBORN:  (inaudible) continuing on to the other meeting -- to

15       the meeting.  And anything prior to April 22 -- I mean,

16       April 27th, that's --

17  LOWRIE:   OK.

18  SANBORN:  -- not accepted.

19  ISHIHARA: The, um -- the reason that I bring this --

20  SANBORN:  Hold on, hold on.

21  ISHIHARA: I'm sorry.

22  SANBORN:  I've got a motion here on the floor.

23  ISHIHARA: Sorry about that.

Onset Brd of Water Commisioners                                    61
6/30/06 Meeting

1    SANBORN:  Do I hear a second --

2    DIPASQUA: Second.

3    HEARNE:   Second.  I'll sec-

4    SANBORN:  -- on that?

5    HEARNE:   I'll second it.

6    SANBORN:  All those in favor?  Aye.

7    HEARNE:   Aye.

8    SANBORN:  OK.

9    ISHIHARA: The reason that I bring this, uh, issue up is I

10       believe that Mr. Gay had said earlier that he, um, in

11       addition to -- to, uh, being fearful of some sort of bodily

12       harm, that he was also fearful that, um, Mrs. Moran might

13       make some sort of, uh, accusations against him of sexual

14       harassment.  And I think -- I believe, while it's not clear

15       in this statement, that that's why he talks about the

16       sexual harassment class that he attended.  Um, and, um, my

17       understanding and the reason that I'm offering this, uh,

18       exhibit, which is a special meeting notice, um -- "At the

19       Onset Water Department, the Board of Water Commissioners

20       will hold a special meeting Thursday, March 4th, 2004 at 6

21       pm, um, to be held at 2550 Cranberry Highway, Wareham,

22       Mass," Which is I believe is the Wareham, um, Fire

23       District, um, Water Department office.  And, um, our

Onset Brd of Water Commisioners                                          62
6/30/06 Meeting

1    understanding or our position or our test- uh, Mrs. Moran's

2    testimony would be that Mr. Gay was at this particular

3    meeting; uh, that he did in fact show up a little bit, um,

4    more towards the end of the sexual harassment class; that

5    he was not in fact there.  So I think that's an issue of

6    his credibility, um, on this matter.  And that would be the

7    reason for offering the special meeting notice.

8  SANBORN:  I mean, I did attend, and I was at that meeting, too,

9    and I did -- we did walk in -- you know, I don't know how

10   late it was, but we did attend that meeting, the sexual

11   harassment meeting.

12 HEARNE:   Would it be relevant to accept that?  Because it was

13   stated that (inaudible) for future actions.  (inaudible)

14   speaking for, um --

15 **End of Tape 2, Side A**

16 **Tape 2, Side B**

17 ISHIHARA: I'm sorry.  I think I interrupted the commissioner's

18   questioning.  I don't know if...

19 HEARNE:   I think we're on a pause waiting for Andy's...

20 DIPASQUA: No, it's all set.

21 HEARNE:   Oh, it's all set?

22 DIPASQUA: No, it's all set.  I just wasn't listening.  I was

23   just getting ready to open the other one, just in case.

Onset Brd of Water Commisioners                                    63
6/30/06 Meeting

1    HEARNE:   No, not for the tape.  You said you were thinking

2        earlier.

3    DIPASQUA: Oh!  No, it didn't come back to me.  Sorry.  I'm sorry

4        about that.

5    SANBORN:  OK.  You're all set with (inaudible)?

6    DIPASQUA: Yeah.  I --

7    SANBORN:  OK.  Because --

8    DIPASQUA: -- because it's something I can't remember what it

9        was, so...

10   HEARNE:   I -- I don't have anything --

11   SANBORN:  OK.

12   HEARNE:   -- further.

13   SANBORN:  OK.  Any -- any more (inaudible) -- any...?

14   ISHIHARA: Oh!  No, we don't have any --

15   SANBORN:  OK.

16   ISHIHARA: -- more, um --

17   SANBORN:  Right, OK.

18   ISHIHARA: -- evidence.  I -- I just have a few closing -- when

19        it gets to that point.

20   SANBORN:  OK, you can go for you -- if you want to say your

21        closing right now.

22   ISHIHARA: I just -- I just have a -- a couple of points, and the

23        first is one that I made earlier, which is, uh, um, uh,

Onset Brd of Water Commisioners                          64
6/30/06 Meeting

1        that I don't believe any of the people -- most of the

2        people here would believe that Lori Ann Moran would, um,

3        make any sort of statement that was threatening.  Um, even,

4        um, uh, Miss -- Mrs. Semple, who somewhat corroborates what

5        Mr. Gay, uh, had to say said that the reason that she

6        didn't think that, um, the statement -- the "bumper

7        statement," if you will -- was -- was appropriate was

8        because, um, uh, there had been the earlier discussion

9        between, uh, Lori Ann and Mr. Gay, and she seemed to feel

10       that maybe that might not help the situation, not that she

11       felt it was threatening.  Um, she handed the phone over to,

12       um -- to Mrs. Moran.  And the other point that I want to

13       raise is that, um, this issue of the "she" and "her."  Um,

14       as Mrs. Moran correctly points out, um, she had been just a

15       minute ago a part of the conversation between Mr. Gay and,

16       um, Mrs. Semple, and all of a sudden, she becomes just

17       this, um -- not "object," but just sort of a non-person

18       without any name.  Um, and certainly, uh, her reaction to

19       that was not, um -- was not hostile or argumentative, but I

20       think was -- was a legitimate point to make: that she

21       wanted to treated in a legitimate way, in a professional

22       manner as an individual, and not someone that is just some

23       anonymous -- anonymous person all of a sudden.  And if you

1    look at the letter from Peter Ferry, who has been her, um -

2    - who had been her employer for a number of years, you'll

3    see a number of statements in there that indicate that in

4    his experience with her, that she was very professional,

5    uh, that she acted somewhat as a -- as an, uh, ad hoc, uh,

6    human resources person, um, in his office, and, um, that --

7    that he, um, had high regard for her as an employee.  It's

8    certainly inconsistent with, um, her making any sort of,

9    uh, threatening statement or raising her voice, or her

10   badgering anyone, or anything that -- that, um, Mr. Gay is

11   saying.  There are some inconsistencies, um, here; I think,

12   um, perhaps some of the commissioners might have already

13   picked up on them.  But, uh, Mrs. Semple says that she

14   heard, um, uh, Mrs. Moran say -- Mrs. Moran say, um, "Shut

15   up," to Mr. Gay.  Uh, Mr. Gay, uh, himself indicated that,

16   um, uh, Mrs., uh, Semple and, uh, Mr. Murphy actually had

17   probably already gone around the corner, if not possibly

18   all the way out to the loading dock.  And he -- he doesn't

19   think that she would've heard that any -- himself.  Um,

20   with regard to Mr. Gay's, uh, testimony, um, he says that

21   he went out to the loading dock to get away from the

22   hostile environment.  He, um, went to the fire station, I

23   think he said, to -- to get away.  He is -- he is the

Onset Brd of Water Commisioners                          66
6/30/06 Meeting

1    supervisor here.  You might understand that, um, reaction

2    in a situation where someone was a sub- a subordinate: that

3    they might feel, "Well, gee, this person is my supervisor.

4    I can't say anything, so I'm just going to try and get

5    away."  But it certainly seems, um, like odd behavior for

6    someone who, um -- who is the Superintendent.  Mr. Gay says

7    in his written statement that you have that, um, he didn't

8    repri- he didn't reprimand, um, uh, Mrs. Moran for -- for

9    supposedly telling him to shut up; again, that seems pretty

10   unusual, because he's actually the Superintendent here.  In

11   fact, he says in his written statement that he, um -- he,

12   quote, uh, "still did not acknowledge her unprofessional

13   behavior."  Again, if he thought it was unprofessional

14   behavior and she shouldn't be speaking to him like that,

15   then why didn't he do something like -- right then and

16   there?  Mr. Gay says that he was in fear of his well-being,

17   but notwithstanding his so-called "fear" of, um, of his

18   well-being, first of all he comes back to, um, the office,

19   and he knew that, uh, Mrs. Moran would be here working in

20   the office.  Um, he acknowledges that, um, he did not, um,

21   uh, call the police, even though he says he did no longer

22   feel, uh, safe working with her.  And again, that's an

23   inconsistent sort of thing -- if he really felt that, um,

1   then perhaps he should have been calling the, um -- calling

2   the police, and he didn't.  But he didn't do that, so we

3   would submit that the reason he didn't do that is he

4   didn't, um, uh -- he wasn't threatened, he didn't feel

5   threatened.  Um, if you look at the, um, administrative

6   leave letters that were sent to, uh, Mrs. Moran, they say

7   that she is being placed on administrative leave.  There

8   aren't any reasons given, um, in those, even though, uh,

9   Mr. Gay, uh, contends at this point that, uh, he felt that

10  her -- that, um, Mrs. Moran telling him to, uh, shut up,

11  making the statement on the -- the Nextel about the bumper

12  of the car and all that, um, were threatening.  But he

13  doesn't make any mention of that in, um -- in the letters.

14  It just says, "You're being placed on, um, administrative

15  leave," even though now he's telling us that this is

16  something that he feels strongly about.  So I think that,

17  um, uh, given the fact that, um, Mrs. Moran, uh, made a --

18  a legitimate objection -- but not raising her voice, not

19  yelling at anyone -- to -- to being referred to as "she"

20  and "her" should certainly not be some -- a reason for

21  taking disciplinary action against her.  Um, and we would

22  respectfully request that no disciplinary action be taken,

23  uh, against, uh, Miss -- Mrs. Moran.

Onset Brd of Water Commisioners                                68
6/30/06 Meeting

1   SANBORN:  OK.  OK, I'd like to close the witness part right now,

2        and between, uh, the Board here, we'll have a five-minute

3        conversation to decide what -- what we have in front of us

4        right now.  (inaudible)

5   GAY: Could I just make one observation?  Uh, I just -- I just

6        couldn't help but make this observation.  During that

7        closing statement, uh, Mrs. Moran's own attorney referred

8        to Mrs. Moran as "she" or "her" multiple, multiple times --

9        more than a dozen times.  I think that's very revealing.

10       Thank you.

11  __:  (inaudible)

12  SANBORN:  I'd like to just close the -- the witness part right

13       now, and I'll have a -- at least a five-minute conversation

14       with the -- the Board members.

15  HEARNE:  Do you need a motion to do that?

16  SANBORN:  Yeah, like...

17  HEARNE:  Do you want a motion on it being (overlapping

18       dialogue; inaudible) --

19  DIPASQUA: (inaudible), I make a motion that we close the, um --

20  HEARNE:  -- close the case.  The --

21  DIPASQUA:  -- the evidentiary part.

22  HEARNE:  -- evi- evidentiary part.

23  SANBORN:  I'll second that.  All in favor?

Onset Brd of Water Commisioners                                69
6/30/06 Meeting

1   HEARNE:    Aye.

2   DIPASQUA: Aye.

3   SANBORN:   (inaudible)

4   MORAN:     (inaudible)?  Now, we're allowed --

5   DIPASQUA: I don't --

6   MORAN:     -- I think we're allowed to be present.

7   DIPASQUA: -- there's no (inaudible) --

8   ISHIHARA: I -- I understand that we are now allowed to, uh,

9        participate past this point, but I -- but --

10  MORAN:     OK.  I'm sorry.

11  ISHIHARA: -- we at least should be present.

12  SANBORN:   I don't think it (inaudible).

13  DIPASQUA: (inaudible) --

14  SANBORN:   I don't think it could (inaudible).  Is that OK with

15       you guys?  Is that OK with you?

16  HEARNE:    It's fine.

17  SANBORN:   All right.  I'm going to take a quick pause.  I just -

18       -

19  (break in audio)

20  SANBORN:   Back on at -- oh, about 9:50.

21  HEARNE:    9:50.  Here we go.

22  SANBORN:   OK.  I'd just like to open our discussion now between

23       the Board.

Onset Brd of Water Commisioners                    70
6/30/06 Meeting

1   HEARNE:    OK.

2   SANBORN:  Are there any comments that you'd like to bring up

3       right now?  I'd like to make a couple of comments.

4   DIPASQUA: Do you want to start, as Chairman?  Or (inaudible)?

5   SANBORN:  No.  (inaudible) --

6   DIPASQUA: Just open?

7   SANBORN:  I'm going to make a couple of comments.  I have been a

8       supervisor at [Pilgrim?] several times -- 30, 40, like

9       (inaudible).  We over there are taught the same thing: you

10      don't take, um -- when -- if you've had a discussion with a

11      man -- with a man or a person involved, walk away and let

12      it calm down.  I personally think Billy Gay did the best

13      thing to walk away and let it calm down.  Um, and that's

14      what we were taught when we went through the supervisor's

15      training over there, um, and that's just my thought on, uh,

16      that right now.  OK.  Brian, anything?

17  HEARNE:    Well -- well, it appears to me -- it -- it seems like

18      we had a -- a situation that, um, just got way out of

19      control, and it -- to get to this point, I don't think it

20      should have ever made this far.  I think what we need to do

21      is have the people cognizant of what they're saying, how

22      they're saying it, just to anyone in general, not to anyone

23      in specific.  And it just -- I don't think it should've

Onset Brd of Water Commisioners                        71
6/30/06 Meeting

1       ever -- to this -- to this level.

2   SANBORN:   Oh, I agree.  I -- I don't think it should've got this

3           far into it, but like, you know, everybody knows, you

4           couldn't make any decision back then because of the Board.

5           And, uh, the thing is, we -- we -- as a Board, we always go

6           by what, uh, Billy says.  He is the superintendent, and he

7           is here day after day after day.  I'm not here, and -- and

8           I know you're not, and -- and Andy isn't, either.  And when

9           he comes to us, we have to abide what he -- he tells us.

10          He's here, and he's -- he's the man of the hour, you know?

11          Like he -- he's the superintendent.  And if he tells us

12          something, we -- we go with it.  I mean, it's the chain of

13          command.  It's the superintendent -- I mean, it's the water

14          commissioners, superintendent, uh, office manager -- that'd

15          be Lori, Lori Ann -- it'd be, uh, Chris -- or it would be

16          Chris and Lo- Lori Ann, and it'd be, uh, Jay.  It -- it's

17          the ch- chain of command that -- that -- that goes down

18          through this -- this building.  And the problem is, there's

19          only five people in here, and everybody has to get along.

20          You know, you -- you always say, well, it's a -- it's a

21          district.  It's a water district.  It's a business.  This

22          is a business.  I mean, if this goes on, you might as well

23          close your doors.  And if -- and if gets out that this is

1       going on, we just had a big thing a couple months ago.

2       "Save the district, save the district."  There -- there's

3       no need of this.  There really isn't.  This is just more

4       fuel for the fire in order for the town to take this thing

5       over, eliminate, and do whatever they want to do with it,

6       and I agree: it -- it's -- it's got to stop, and go back to

7       being run as a business, and like a business, and continue

8       doing what it's been doing for the last 100+ years.  And

9       the only thing that I'm afraid of if Lori, if you do come

10      back tomorrow, we're going to have a problem.  I mean,

11      that's -- and that's what, as a commissioner, I'm looking

12      for.  But I'm also -- like I said, I'm friends with a lot

13      of people in here, too.  But that's -- that's a problem

14      that we're looking at, you know?  Not just for you, but

15      also for the district, and also for the other employees in

16      the building.  And that's -- that's my main concern: what's

17      going to happen tomorrow morning.

18   DIPASQUA: I just feel it's, if he runs the daily operations

19      here, Billy has done it for -- what?  Two and a half?  Two

20      years or so?  Um, he is the authority figure.  I have been

21      in that position myself.  And I -- I just feel as though if

22      he -- if he -- if he can't be comfortable in -- in working,

23      and -- and be comfortable, and feel himself that he can do

Onset Brd of Water Commisioners                          73
6/30/06 Meeting

1       his job -- if he's worried about other things, he can't do

2       his job -- that things aren't going to get done right.

3       There's going to be mistakes.  You know, this district

4       can't afford that kind of mistake, uh, with the DEP or with

5       any other paperwork.  Uh, it's got to be done right, and

6       kept just the way it is.

7    HEARNE:   I think we also have the authority to alleviate any

8       fear, though --

9    DIPASQUA: Right.

10   HEARNE:   -- as the commissioners.

11   SANBORN:  All right.  OK.  Any more discussion about it?

12   DIPASQUA: (inaudible) discussion at this point.

13   SANBORN:  Brian?

14   HEARNE:   No.  I'll make a motion, if you wish.

15   SANBORN:  Go ahead and make it.  You can make a motion.

16   HEARNE:   Mr. Chairman, I want to make a motion to reinstate

17      Lori Ann Moran as a fulltime Onset Fire District Water

18      Department employee, effective Thursday, July 1st, 2001 --

19      uh, 2004, sorry -- at 8 am.  And I further move that the

20      Board of Water Commissioners be instructed to prepare an

21      employ code of conduct to be presented to their August

22      regular meeting.

23   SANBORN:  OK.  Any discussion on that?

Onset Brd of Water Commisioners                    74
6/30/06 Meeting

1   DIPASQUA:  No.

2   SANBORN:  I mean, uh, you say the -- the code of honor?

3   HEARNE:  "Code of conduct."

4   SANBORN:  Code of conduct.  Honestly, I believe that there is a

5       -- a code of conduct in this building right now.  Like I

6       said, there is -- there is a chain of command.

7   HEARNE:  But is there a written code?  By writing a code,

8       you'll -- you'll, um, (inaudible) to alleviate Billy's

9       concern.

10  SANBORN:  Uh, what are you -- what are you saying?

11  HEARNE:  By taking it -- not only, um, detail prudent -- what

12      the chain of command is, but what the -- the normal, um --

13      not "normal" -- the appropriate discussion-type things

14      would be within the department among the employees?

15  SANBORN:  Well, when they are hired -- I mean, when everybody

16      was hired in here, they all know (inaudible).  And I know

17      Lori does, and I know Bill does, and I could -- they all

18      know what the job required.  (inaudible) --

19  HEARNE:  Well, but that's a job description, though, right?

20      That would be something different.

21  SANBORN:  And then, when they do a have a problem, they do have

22      a -- a union in here.

23  HEARNE:  Well --

Onset Brd of Water Commisioners                              75
6/30/06 Meeting

1    SANBORN:   An --

2    HEARNE:    -- an association.

3    SANBORN:   -- association, which you went through that to -- with

4          the grievance, to Kathi.  And it's the same thing: it's --

5          Kathi brought it to Bill, and then Bill brought it to us.

6          Anything else in there?

7    HEARNE:    Nope.

8    SANBORN:   Nor have I.  OK.  Any other comments?  (inaudible)?

9    HEARNE:    We've got a motion on the floor.

10   SANBORN:   I'm not seconding it.  OK.  I -- I think -- I'll say

11         (inaudible) it -- I got -- I made -- made the comment

12         already.  It's going to be a very tough position here.  And

13         I'm not saying anything bad about you, Lori, and I'm not

14         going to say anything about anybody else in this room.

15         But, um, we've got five people in here, and this is one

16         incident, and like I said, we can't go back into an- into

17         anything else.  But, um, I think we're in a tough position.

18   MORAN:     I didn't put you there.

19   SANBORN:   I know.  I know.

20   MORAN:     So I pay the price?

21   SANBORN:   Not -- I -- I hope you're not -- you don't think that.

22   MORAN:     What other way should I think?

23   SANBORN:   I mean, we -- we followed it right to the "T", Lori.

Onset Brd of Water Commisioners                                    76
6/30/06 Meeting

1          And we did everything possibly we -- we could.  I mean, we

2          -- our hands were tied back when this started.  They

3          really, really was.  We couldn't -- we couldn't do

4          anything.  I couldn't say "yes" or "no" or -- or anything,

5          because I hadn't -- I had no -- no leverage at all.

6     HEARNE:    On the motion, Mr. Chairman, did the -- the actions

7          that are stated in all the letters would not justify a

8          dismissal.  There was one verbal warning.  There was no

9          other warning issued.  So you go from one verbal warning to

10         a dismissal?  So remember, you would be setting policy now

11         for here on forward.

12    SANBORN:    But I think there's some -- we --

13    HEARNE:    (inaudible) --

14    SANBORN:    -- set precedent the last 28 days.  I mean --

15    HEARNE:    (inaudible) should've been (inaudible) --

16    SANBORN:    -- tomorrow, though, somebody could come in here

17         tomorrow and say something to Bill, and Bill is going to

18         say, "Well, you're on administrative leave," and they're

19         going to walk out for...  The -- the same thing all over

20         again.

21    DIPASQUA: Same thing.  And there's no --

22    HEARNE:    But we could fix that, too.  You weren't -- you

23         weren't, um -- when you had two people on the Board, you

Onset Brd of Water Commisioners                          77
6/30/06 Meeting

1      weren't availed that opportunity, and we understand that

2      from the -- the past.  But it's -- it's time to put the --

3      what appears to be petty stuff behind us and just move on

4      for the district.

5   SANBORN: Oh, I'm all for the district.  But like -- like I'm

6      saying, Bill is the -- the boss, and he did make a

7      statement already.  And it -- it's just too bad, I mean,

8      that the employees -- I mean, everybody's close in this

9      district.  They really, really are.  I never -- I -- I grew

10     up in -- I didn't grow up in this area, but I know a lot of

11     people because I -- I've been here, and everybody's close,

12     and it just -- it's too bad that everybody's under -- in

13     this position right now.  But like any other job, if -- the

14     same thing, right here, right now: if the super-

15     superintendent says something, I have to do it.  And I'm

16     sure it's your job, and I'm sure it's Andy's job.

17  MORAN:    I did everything he told me to do.

18  DIPASQUA: I just think it could happen again, whether it's with

19     anybody else coming in here, like Mike said.  Next thing

20     you know, you've got more people out on -- on, um,

21     administrative leave.

22  HEARNE:   But that could happen either way.

23  DIPASQUA: I understand that.  And I just, uh -- I think it's

Onset Brd of Water Commisioners                                    78
6/30/06 Meeting

1       time that these have got to stop, and it's got to be ended,

2       and it's got to be settled right now, tonight, before we

3       leave.  And get -- and get this thing over and done with.

4    SANBORN:  We've got a motion on the floor.  I don't -- I'm not

5       seconding it.  Are you?

6    DIPASQUA: I can't second it.  I -- I'm sorry.

7    HEARNE:    (inaudible)

8    MORAN:     (inaudible)

9    HEARNE:    So then, aren't you in fact rewriting the delegation

10      of authority, wherein, uh, the superintendent would have,

11      um, say over the water commissioners?

12   SANBORN:  No.

13   DIPASQUA: No.

14   SANBORN:  But he --

15   HEARNE:    (inaudible) --

16   SANBORN:  -- does have day-to-day -- he -- the superintendent,

17      since I've been here, and as far as I know, has -- they've

18      had --

19   HEARNE:   Whoop!  Change the tape.

20   DIPASQUA: Nope.

21   ISHIHARA: I think it's fine.

22   HEARNE:    Oh.

23   DIPASQUA: But we're getting -- eh, we're getting close.

Onset Brd of Water Commisioners                    79
6/30/06 Meeting

1   SANBORN:  They've had day-to-day power, uh, over this office.

2      And it's like I said: I -- I'm not here during the day,

3      you're not here, and Andy's not here.  And it'd be like any

4      other town: if the superintendent -- in any other place, he

5      might have selectmen or councilmen or (inaudible), but your

6      supervisor runs that -- that --

7   DIPASQUA: Daily.

8   SANBORN:  -- business during day-to-day --

9   DIPASQUA: Daily.

10   SANBORN:  -- operations.  So --

11   DIPASQUA: And if he goes back the, uh -- like he said,

12      (inaudible) selectmen, councilmen, the commissioners to do

13      -- uh, even the Board of Engineers in this case, and on to

14      do what they've got to do with the people that they have.

15   HEARNE:  Well.

16   SANBORN:  OK.  Then we need to -- do you have a motion?

17   DIPASQUA: I have a motion.  I think that the, uh, motion should

18      be that, um, we have to think of the other four people --

19      three or four people in this office.  And I think that

20      enough is enough, and I think that we should terminate here

21      tonight.  And my motion is that we terminate her tonight as

22      of (inaudible) time (inaudible), and continue on with

23      business, and make things at the Water Department work for

Onset Brd of Water Commisioners                              80
6/30/06 Meeting

1      the people in the district, um, and to do what's right for

2      the -- for everybody at this point.  Do I hear a second or

3      anything on that?

4   SANBORN:  (inaudible)  OK.  (inaudible) a second?

5   DIPASQUA: I know --

6   SANBORN:  OK.

7   DIPASQUA: -- I know that if it was at my job, (inaudible) the

8      superintendent, we could fire him, suspend him.  In most

9      cases, in construction, we won't put up with that.  We

10     terminate.

11  HEARNE:  No, but that's a different situation, too, though.

12     Here, the -- they don't hire or fire.  It's up to us.

13  DIPASQUA: That's correct.

14  HEARNE:  So that's not the same situation.  In our business,

15     the -- the supervisor does not have the authority.  Only

16     (inaudible) or the (inaudible) manager.  Which, with one

17     verbal warning?  At our place, it would take four.  Four

18     steps to get to that point.

19  SANBORN:  And I think where Billy -- what Billy tried -- brought

20     to us is -- you know, what he -- what he is saying is, I

21     get that it's come to this point.  I mean, I could be

22     wrong, but that's what -- because I don't think we'd be in

23     this position.

Onset Brd of Water Commisioners
6/30/06 Meeting                                                 81

1  RATEPAYER:     As a rate-payer, I don't want to get sued,

2       either, OK?  And I know I have no right to speak, but what

3       you are doing is you're causing this bi- this water

4       district to have a big lawsuit, and I don't think that, as

5       a ratepayer, I should have to sit back and see that happen,

6       either.  And you're playing right into the hands of the

7       Wareham Board of Selectmen, because you will be one

8       district if stuff like this goes on.  That's my opinion as

9       a ratepayer.

10 SANBORN:  OK.  And -- and like -- and I'm sorry, but I still

11      have to say, I -- we still have to stand behind our

12      superintendent, (inaudible) anything.

13 DIPASQUA: And I agree on that.

14 SANBORN:  I mean, we had our witnesses come in.  They all --

15      they all sat down and -- and told us the -- I think the

16      same story.  I mean, you could pick it apart, but something

17      did occur that day.

18 HEARNE:    On both sides.

19 SANBORN:  It's true.  On both sides, yes.

20 HEARNE:    So do you want to amend, Andy, to terminate both of

21      them?

22 SANBORN:  No.

23 HEARNE:   No, you -- well, he can amend it if he wants to.

1    DIPASQUA: No.

2    HEARNE:    Yeah, he can.

3    DIPASQUA: No, no amendment.

4    HEARNE:    No, not you -- Mike can.

5    SANBORN:   Oh.  I -- what, and to terminate Bill Gay and --

6    HEARNE:    Mmm hmm.

7    SANBORN:   -- Lori Ann?  Bill Gay came to us when -- when --

8         myself and John Cook (inaudible) water commission.  He came

9         to us that night.

10   HEARNE:    As superintendent.

11   SANBORN:   As superintendent.

12   HEARNE:    But he's also a party of the dispute.

13   SANBORN:   Well, that's true.  He is.  He is.

14   HEARNE:    So if you're terminating someone for verbal issues,

15        then weren't his verbal issues on the same side?  Whether

16        he meant to be, um, condescending or not, it's irrelevant.

17   SANBORN:   In his statement, he did apologize, which Lori Ann

18        says -- which he didn't, but...  I mean, he came to us that

19        night.  I would say it was, uh -- I saw him, it was five

20        minutes past four, maybe.  And he told me his story.  And

21        then I -- we got (inaudible), and I didn't find out until

22        the next day that -- what happened, that Kathi called you.

23   ___:  And I'm also a taxpayer.  And if this goes to a court --

Onset Brd of Water Commisioners                                  83
6/30/06 Meeting

1    __: Hey, hey -- leave him talk.

2    SANBORN:  (inaudible)

3    __: Leave him speak.

4    MORAN:    (inaudible)

5    SANBORN:  Like I said, I'm -- I'm -- I'm sorry.  I am.  I'm

6         sorry about this, you know?

7    __: (inaudible) the [Prudential?] Committee has reached -- can

8         not make a decision?

9    SANBORN:  We are making a decision.  And the [Prudential?]

10        committee has nothing to do with this at all.

11   __: They're the ones that oversee you people.

12   SANBORN:  They do not.  Look in your bylaws.

13   DIPASQUA: The water commissioners oversee all of the day- all

14        the activities of the Water Department.  The [Prudential?]

15        Committee oversees the Fire Department and the (inaudible).

16   SANBORN:  When you walk through those doors, it's the Water

17        Commission.  The [Prudential?] Committee has no -- nothing

18        at all up here.  That'd be the same thing as the Fire

19        Department.  They have no role at the Fire Department at

20        all.  The Board of Engineers run the Fire Department; water

21        commissioners run the Water Department.

22   ISHIHARA: Although I think the [Prudential?] Committee, um, has

23        a role certainly in financial oversight of the district.

Onset Brd of Water Commisioners                                84
6/30/06 Meeting

1    SANBORN:  We (inaudible) --

2    ISHIHARA: I think you're putting --

3    SANBORN:  We do our --

4    ISHIHARA: -- I think you're putting the district into -- into a

5         financial situation.

6    SANBORN:  We do our budget, and we give it to the [Prudential?]

7         Committee, and they turn it in.

8    ISHIHARA: I think they still have the oversight, and I would

9         like to make the comment, too, that, um, you seem to be

10        saying -- you and Mr. Di- DiPasqua -- that, um -- that if

11        the superintendent comes to you and tells you something,

12        that's that.  So I'm not really sure why we're here this

13        evening if you were just going to accept what he had to say

14        and that's that.

15   SANBORN:  We --

16   ISHIHARA: It's not a hearing.

17   SANBORN:  This is 28 days later.  And it's not --

18   MORAN:    (inaudible)

19   SANBORN:  -- and -- and (inaudible).  And it's not your fault;

20        it's not anybody's fault.  But --

21   ISHIHARA: What does that have to do with it?

22   SANBORN:  Well, I think we heard all the -- all the sides of it.

23        And it's too bad that the story was out in the street, you

Onset Brd of Water Commisioners                                    85
6/30/06 Meeting

1        know?  And -- and people are already making up their mind

2        before we even had something.  And I -- and that's too bad,

3        too.  I mean -- I mean, everybody -- and it was -- Onset is

4        a small town, and everybody -- you know?  Everybody has

5        their opinion.

6  __:  That's for sure.  It is a small town.

7  SANBORN:  It is, yeah.

8  MORAN:    And everybody talks, everybody votes.

9  SANBORN:  Yeah.

10  MORAN:    (inaudible)

11  SANBORN:  Well...

12  ISHIHARA: I just have to say that your, um -- your proposed, uh,

13        action to terminate, uh, Mrs. Moran, um, because of this --

14        whatever -- verbal exchange, however you want to

15        characterize it -- is extremely harsh.  There is nothing

16        here on the record that Mrs. Moran has ever done anything

17        else wrong.  And you're firing her.

18  SANBORN:  Like I said, we --

19  ISHIHARA: It's like giving someone the death penalty for

20        jaywalking.

21  SANBORN:  No, but I'm saying, we're looking just at the 27th.

22  RATEPAYER:    Well, if you go to court, it won't just be the

23        27th.

Onset Brd of Water Commisioners                                    86
6/30/06 Meeting

1   SANBORN:  That's true.

2   RATEPAYER:    If you go to court, it will be everything that's

3       come down the pike.  Any form of behavior -- past behavior,

4       (inaudible), complaints --

5   __:  (inaudible)

6   RATEPAYER:    -- that have been made against your -- your

7       superintendent or anything will come out, just like dirty

8       laundry.  So you need to think about that --

9   SANBORN:  Ma'am --

10  RATEPAYER:    -- before you end up in a real courtroom.

11      Believe me.

12  SANBORN:  And like I said -- and I didn't want to turn this into

13      a courtroom.

14  RATEYPER: Well, you're -- you're doing it.

15  MORAN:    (inaudible).

16  RATEPAYER:    You're doing it.  And then you will not prevent

17      anything else from coming out.  So you need to think.

18  DIPASQUA: Some of it's (inaudible).

19  __:  So then, what's the decision?

20  SANBORN:  I go by --

21  HEARNE:    (inaudible).

22  SANBORN:  -- I go by Andy's decision.

23  __:  Who?

Onset Brd of Water Commisioners                          87
6/30/06 Meeting

1    HEARNE:    But Andy can't make a decision.

2    MORAN:    (inaudible), right.

3    SANBORN:    He made a motion.

4    DIPASQUA: I made a motion.  And you can second it?

5    SANBORN:  I second it.  I'm sorry.

6    __:  So have you taken your -- your vote?

7    SANBORN:  OK.  Make a motion?

8    DIPASQUA: Motion.

9    SANBORN:  Uh, we have a motion --

10   HEARNE:    (inaudible) then I'll make an amendment to Andy's

11        motion that both of them be terminated today.

12   DIPASQUA: No.

13   SANBORN:  OK.  We have a motion on the floor.

14   HEARNE:    We have an amendment on the floor.

15   SANBORN:  We have an amendment on the floor that both of them be

16        terminated tonight.

17   HEARNE:    Is there a second?

18   SANBORN:  All in favor?

19   HEARNE:    Of?  There's no motion without the second.

20   SANBORN:  (inaudible), OK.

21   DIPASQUA: So are we going back to my original motion?

22   SANBORN:  And we'll go back -- back to Andy's original motion.

23   DIPASQUA: OK.

1    SANBORN:  OK.  We have a motion --

2    HEARNE:   Hang on a second.  Now we have discussion.

3    SANBORN:  OK.  We have a discussion.

4    HEARNE:   Mr. Chairman, I do not believe the motion that's on

5         the floor is in the best interest of the district, and

6         therefore, I am opposed to it.

7    SANBORN:  OK.  Well, any other discussion?

8    DIPASQUA: No.

9    SANBORN:  OK.  We have a motion on the floor, and seconded.

10        Who's in favor?  All in favor?  Aye.

11   DIPASQUA: Aye.

12   HEARNE:   Opposed?

13   SANBORN:  Opposed?

14   HEARNE:   Aye.

15   SANBORN:  Two-to-one.

16   __:  (inaudible)

17   SANBORN:  (inaudible)

18   (overlapping dialogue; inaudible)

19   DIPASQUA: I've got mo -- mo -- motion to close the meeting?

20   SANBORN:  Motion to close the meeting?  I've got motion to close

21        the meeting at about 9:55.

22   MORAN:    (inaudible)

23   SANBORN:  Seconded?

Onset Brd of Water Commisioners                              89
6/30/06 Meeting

1    ISHIHARA: (inaudible)

2    SANBORN:  (inaudible) second it?

3    ISHIHARA: Um, she needs to --

4    SANBORN:  (inaudible) second.  All in favor?

5    HEARNE:   Aye.

6    SANBORN:  Aye.

7    ISHIHARA: (inaudible) --

8    (break in audio)

9    **End of Hearing**

10

11

12

13

14

15

16

17

18

19

20

# THE TAPE TRANSCRIPTION CENTER
### A Division of THE SKILL BUREAU

## CERTIFICATE

I, Andrew Osborne, do hereby certify that the following pages, numbered 1 through 26, embody a true and accurate transcript. Prepared under my direction in the Tape Transcription Center of Boston to the best of our abilities, it contains the contents of the audiocassette provided to me by Fleming & Ishihara. **The unsealed cassette tape was labeled "Moran, Lori - 6/30/04" and the cassette case was labeled "Onset Board of Water Commissioners 6/30/2004 Meeting - Copy of Tape #1 Side B".**

5/26/06
Date

Andrew Osborne,
Production Coordinator
Tape Transcription Center

129 Tremont Street · Boston, MA 02108
**Tel:** 617.423.2151 **Fax:** 617.423.9183
www.ttctranscriptions.com
The fastest turnaround time in New England since 1966.

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04                Page 1
ONSET BOARD OF WATER COMMISSIONERS

1   M:   (inaudible) about 7:50.  (inaudible).  Andy, you have

2        anything else?

3   DIPASQUA: No.

4   M:  OK, thanks, Jay.  OK, could you have Chris come in?  OK,

5        Chris, you state your full name.

6   FOYER:   Chris Foyer.

7   LOWRIE:   OK.  How long you been at the -- working for the

8        water department?

9   FOYER:   Two and a half years.

10  LOWRIE:   And what's your position there?

11  FOYER:   Foreman.

12  LOWRIE:   On April 27th, you present in the water office?

13  FOYER:   Yes.

14  LOWRIE:   Working that day?

15  FOYER:   Yes.

16  LOWRIE:   OK.  Between --

17  DIPASQUA: At what time?

18  FOYER:   We -- we were in and out all day long.  (inaudible)

19        specific -- certain incident as far as time.

20  M2:  Roughly on -- anything roughly like -- when you came back

21        in, you started hearing this conversation.

22  FOYER:   We -- we got back in the office about ten of four,

23        maybe, or so from being out -- out in the field.

Page 92 of 117

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04                    Page 2
ONSET BOARD OF WATER COMMISSIONERS

1    DIPASQUA: And where were you in the office when you heard the

2         conversations?

3    FOYER:    I was at the front counter over near the (inaudible)

4         when, uh, when incident with the Nextel took place.  And I

5         was in the kitchen when the -- when Billy got it back into

6         the office.  I was in the kitchen cleaning up.

7    LOWRIE:   OK.  In your words, what did you hear that -- within

8         that period?

9    FOYER:    Uh, when we came in at ten of four, we were all

10        (inaudible) -- and Jay was standing at the counter.  Kathi

11        was sitting at her desk, and LoriAnn(?) was sitting at

12        hers.  Billy called on the Nextel asking Kathi for a ride

13        home.  Uh, LoriAnn mentioned Kathi telling him, "I'll give

14        him a ride home on my -- on my bumper."  Kathi didn't say

15        anything so LoriAnn got up, went over, grabbed the Nextel

16        and said, "Yeah, Billy, I'll give you a ride home on the

17        front of my bumper."  Uh, Billy got back into the office

18        maybe five minutes later, and he parked his truck, walked

19        upstairs, uh, LoriAnn was sitting at her desk.  Billy

20        walked over kind of near the copier, and he said,

21        "LoriAnn, could you please keep your comments to yourself.

22        This is your verbal warning."  Or a verbal warning.

23        LoriAnn turned around and was like -- she said, "What?"

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04                    Page 3
ONSET BOARD OF WATER COMMISSIONERS

1      And Billy said, "This is your verbal warning."  And if she
2      didn't like it, she could just go home.  You know, "I'll
3      pay you and just go home."  Because she had -- she had
4      stoop up in the meantime and was asking Billy what do you
5      -- "What does this mean, I'm fired?"  And Billy's like,
6      "Just -- just go home.  I'll pay you for the rest of the
7      day."
8  LOWRIE:    What was Billy's voice?  Or tone, I should say?
9  FOYER:     Billy was calm.  He just walked in and said, you
10      know, "Please keep your comments to yourself.  This is
11      your -- this is a verbal warning."
12  LOWRIE:    Had Lori gone back to her desk after being at the
13      copier?  You said that she stood up.
14  FOYER:     Oh, she was always at her desk.  Billy walked in from
15      parking his truck, and he was near the copier.  That's
16      when he told her.  He gave her a verbal warning.  And she
17      was at her desk.  She turned around in her chair, and was
18      like, "What?"  And then he mentioned it again, and she got
19      up, and then I think she was asking, "Am I fired?  Does
20      this mean I'm fired?"  And Billy was still standing there.
21      He just said, you know, "Just, you know, just go home.
22      I'll pay you for the rest of the day."  And from there
23      Billy walked out the back door.  LoriAnn kept asking if

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04          Page 4
ONSET BOARD OF WATER COMMISSIONERS

1        she was fired.

2   LOWRIE:   Did she follow him to the back door or she just do it

3        from her desk?

4   FOYER:    She was doing it mostly from the desk.  Billy walked

5        out back and she was sitting there -- or sitting --

6        standing around the desk.  And Kathi followed Billy out

7        the back door to see what he was doing.

8   LOWRIE:   OK.  From the Nextel conversation to when Bill came

9        back in, it was -- you said it was about five minutes.

10  FOYER:    Yeah, give or take.

11  LOWRIE:   Was there any other conversation in between that?

12  FOYER:    No.  There was nothing.

13  LOWRIE:   Anything else?

14  FOYER:    (inaudible) and Kathi, LoriAnn, we were just sitting

15        -- well, actually standing or sitting in the office.  And

16        then I had gone to the kitchen to unplug the coffeemaker

17        and clean up out there.

18  LOWRIE:   Did you witness anything in the parking lot or

19        anything?

20  FOYER:    No.  She was -- just kept asking if she was fired.

21        Me and Jay had started walking to his truck because I rode

22        in with him.  He was parked at the corner and they were

23        standing around kind of near the door. Billy was actually

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04                 Page 5
ONSET BOARD OF WATER COMMISSIONERS

1      around the corner, I believe, over near the loading dock.

2  LOWRIE:   OK.  When you came in the morning, was there any kind

3      of conversation going on?  Any kind of remarks or

4      anything?

5  FOYER:   Nothing out of the ordinary.  Just normal, everyday

6      talk, I guess.  Nothing unusual.

7  LOWRIE:   You were in the kitchen when Billy came back after

8      the Nextel incident?

9  FOYER:   Yeah.

10  LOWRIE:   And then you came out and saw him by the copier?

11  FOYER:   Yeah.  I was actually still in the kitchen, right

12      near the kitchen sink when he come in and gave her the

13      verbal warning.

14  LOWRIE:   So you were still in the kitchen at that point?

15  FOYER:   I was still in the kitchen, just kind of standing

16      there.

17  LOWRIE:   And no one else said anything during that period?

18      When that was going on?

19  FOYER:   No.

20  LOWRIE:   OK.  All right.  Andy, (inaudible) second.

21  DIPASQUA: OK, thank you, Chris.

22  SANBORN:  OK, would -- LoriAnn, would you want to say something

23      first, or Bill?

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04                Page 6
ONSET BOARD OF WATER COMMISSIONERS

1    ISHIHOURA:     Well, I'd think I'd like -- um, I'd like to

2         present our case, and so what I would like to do if it's

3         her turn to talk, so to speak, is ask a series of

4         questions, in order to be able to do that, and offer some

5         documents as evidence.  So if this is our time to go

6         forward, that's what I'd like to do.

7    M:   OK.  We want to know what happened that day.

8    ISHIHOURA:     That's what I'm going to talk about.

9    _:   Wouldn't you rather hear from Bill first?

10   ISHIHOURA:     That -- that's fine.  I'm just saying that --

11        that when it's our turn to proceed, that's how we'd like

12        to proceed.

13   SANBORN:  OK, if you want to go now, that's fine.

14   ISHIHOURA:     You can go.

15   _:   You don't want to just --

16   _:   Bill.

17   SANBORN:  Whoever wants to go first.

18   LOWRIE:   Can I just ask a question?

19   SANBORN:  Sure.

20   LOWRIE:   See how you want to handle this.  As you know, Bill

21        has presented his write-up at the prior meeting --

22   _:   Right.

23   LOWRIE:   -- and also gave his explanation.  He's more than

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04                    Page 7
ONSET BOARD OF WATER COMMISSIONERS

1        willing to go through that again, if you feel it's

2        necessary.  However, he basically stands on that.  So he

3        either could go through that again, if you want, or if you

4        prefer, just, you know, pick it up from there.  Whatever

5        you -- (inaudible) to be most efficient.

6    DIPASQUA: Well, when he -- he had before went into -- it's a

7        matter of public record now so it would be -- wouldn't it

8        be all right for us just to ask questions from that

9        statement, or should it be re-read in?  Or can we just say

10       a copy was received to be put in --

11   _:   Yeah.

12   DIPASQUA: -- to be put with the minutes of the meeting?

13   M:   Yes.  You can do any of the above.

14   _:   OK.

15   LOWRIE:   I thought it might be expedient time wise if you just

16       ask any questions that you have.

17   M:   OK.  Yeah.

18   LOWRIE:   However you wish.

19   M:   And then we can just say what we'll attach a copy of the

20       full written statement with the minutes because it was a

21       public record as of the last, um, (inaudible).

22   ISHIHOURA:    Well, let me see if I'm understanding this

23       correctly.  There's a copy of a statement dated April 27,

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04                    Page 8
ONSET BOARD OF WATER COMMISSIONERS

1       2004, which was attached to --

2  M:    That was sent to your letter.

3  ISHIHOURA:    That was attached to my letter of June 17, 2004.

4       Are you saying that that's, um, will be Mr. Gay's

5       statement here today?

6  M:    Yes.

7  ISHIHOURA:    As opposed to anything that might have been said

8       outside of his statement at the previous meeting?

9  M:    I believe that's the statement that he wants to go with.

10  LOWRIE:    Do you -- do you want to add anything to it?

11  ISHIHOURA:    Well, again, I have to -- I have to object to

12       Attorney Lowrie's prompting of Mr. Gay.  Ms. Moran is the

13       one that, um, is faced with potential disciplinary action,

14       so I think that she gets to have me represent her.  Mr.

15       Gay, at best, again, is a witness and should not be

16       prompted by his attorney.

17  LOWRIE:    Excuse me.  I'm not prompting anybody.  All I

18       indicated to the Board, asked them how they wanted to

19       proceed.

20  HEARNE(?):    All right.  All we want to know if he wants to -

21       -

22  DIPASQUA: Add anything (inaudible).

23  HEARNE:    -- add anything to this right now or --

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04                    Page 9
ONSET BOARD OF WATER COMMISSIONERS

1    LOWRIE:   Well, I would think it would be his statement plus

2          everything else that went on at the meeting.

3    M:   Yeah.

4    ISHIHOURA:   No.  I don't -- I don't think so.  I think that

5          if this is going to be, um, a hearing, it's not everything

6          else that happened at the previous meeting.  If he -- if

7          he wants to ride with this statement that's attached to,

8          um, uh, Ms. Moran of June 17, 2004, that's fine.  But for

9          us to try and remember what was said at a previous hearing

10         and then, uh, a meeting, and then address that, I don't

11         think that's (inaudible).  I think it has to be all one

12         proceeding.

13   M:   So you're saying he should read it in?

14   ISHIHOURA:   Well, not read it in.

15   M:   (inaudible).

16   ISHIHOURA:   What I'm saying is that if he wishes to, uh, to

17         say, "OK, my testimony essentially would be the April 27,

18         2004 statement that's attached to the letter to me,"

19         that's fine.  But if you're saying that there's some other

20         things that might have gotten said at the previous meeting

21         that were also considered, I don't think that's fair.

22   M:   (inaudible)

23   LOWRIE:   I'm saying right now we could take his, uh, statement

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04          Page 10
ONSET BOARD OF WATER COMMISSIONERS

1      that he gave us at the last meeting.  But if we would like

2      to ask him questions right now on what happened that day.

3  M:   That's fine.  I just want to make sure that --

4  M:   All right.  Yeah.

5  M:   -- what's going to be considered is what's said here today

6      or presented here today.  That's all.

7  LOWRIE:   OK.

8  M:   You can -- you can start if you have any questions for --

9      that happened that day.  Mr. Lowrie you have any

10      questions?

11  _:   Yeah.

12  M:   (inaudible).

13  LOWRIE:   Do you want me to go first?

14  M:   Yeah, go ahead because I'm (inaudible).

15  LOWRIE:   OK.  Um, on -- these are quotes towards the

16      superintendent, Bill.  Um, in the first paragraph you said

17      that -- and I'll quote.  "I apologized to Lori not knowing

18      that I had offended Lori with a simple, elementary school

19      taught English phrase."  If you didn't know you offended

20      her, why would you apologize?

21  GAY: Because of the way she was yelling at me.  "I'm only a

22      she?  I'm only a she?  That's all I am, is a she?"

23  LOWRIE:   OK.  So that was just in response to her response?"

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04                Page 11
ONSET BOARD OF WATER COMMISSIONERS

1   GAY: Yes, Sir.

2   LOWRIE:   To this?  And how did you apologize?

3   GAY: "Lori, I'm sorry.  I didn't know I offended you and I'm --

4       and I'm sorry."  I want -- I wouldn't do it -- I didn't

5       really even know why this -- when I referred to her that

6       way in my private conversation in the office with Kathi, I

7       did not intend in any way to disrespect or do anything

8       that would cause Lori any concern.  Prior to the incident

9       on April 27, 2004, Lori had never indicated to me that she

10      would be offended if I had ever referred to her as a she

11      in speaking to other persons.  I still do not understand

12      why she got as angry and upset as she did and I was having

13      -- when I was having a private conversation with camp --

14      Kathi.  Simply said to Kathi, "You get the paperwork

15      together.  She -- " meaning Lori -- "can do the copying,

16      and typing, and I will do the tapes."  It was after that

17      that Lori stated -- started to shout at me "So I -- so I

18      am just a she?"  And continued to badger and shout at me.

19      I still don't understand how any reasonable person could

20      possibly have taken offense at what I had said to Kathy

21      and I am still at loss to explain Lori's belligerent, and

22      disrespectful, and angry outburst over it.

23  ISHIHOURA:    I'm sorry, but can I ask what the question was

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04                Page 12
ONSET BOARD OF WATER COMMISSIONERS

1        again?  I forgot after that answer.

2    LOWRIE:   It was how did he apologize.

3    ISHIHOURA:     Oh.  OK.

4    LOWRIE:   Is -- is that a writ -- another written statement

5        that you want to present or --

6    ISHIHOURA:     That's just my comment to the whole incident.

7    LOWRIE:   OK.

8    ISHIHOURA:     Was that a statement as prepared by Mr. Gay?  Or

9        prepared for him?

10   LOWRIE:   That was a statement of Mr. Gay's thoughts expressed

11        prior to (inaudible).

12   ISHIHOURA:     Well, I think that Mr. Gay is -- I think that

13        Mr. Gay is the one that -- that -- that is the witness

14        here.

15   GAY  These -- these basically say the same thing as in here,

16        but they're shorter.

17   LOWRIE:   Did you write that one up?

18   GAY: This other one?

19   LOWRIE:   Um-hmm.

20   GAY: I didn't write it exactly but I had made these ref --

21        referrals to all on this, yes.

22   LOWRIE:   OK.  Um, further down we get to the 'shut-up' phrase.

23        And you say that she told you to 'shut-up' and you asked

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04                Page 13
ONSET BOARD OF WATER COMMISSIONERS

1        her, "Did you tell me to shut-up?"  I didn't -- she said

2        she didn't get it all the way out, "I'm not that type of

3        person."  But you heard shut-up clearly, and um, you sure

4        you heard shut -- her -- the full phrase 'shut-up'?

5    GAY: No -- no doubt in my mind.

6    LOWRIE:   OK.  Then why would you think she'd say, um, that she

7        didn't get it all the way out?

8    GAY: Because there was other people starting to walk back into

9        the room.

10   LOWRIE:   Who was in the room at that time?

11   GAY: Peter and Kathi were just inside that door to the -- to

12       the loading dock?

13   LOWRIE:   And there were other people walking in at that point

14       or --

15   GAY: I was -- Kathi had gone first, Peter was going, and I was

16       behind him.  She said it to me.  He heard her.

17   LOWRIE:   OK.

18   GAY: Kathi was too far away to actually hear it.  Then I think,

19       in my opinion, that she realized that people might have

20       been listening.

21   LOWRIE:   OK.  But there weren't any other people in the --

22   GAY: In the office.

23   LOWRIE:    -- in the office.

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04                Page 14
ONSET BOARD OF WATER COMMISSIONERS

1   GAY: No.

2   LOWRIE:   No customers, right?

3   GAY: No.

4   LOWRIE:   OK.  Do you want me to just keep going or do you want

5        (inaudible) questions?

6   M:   Uh, when you apologized to her, did LoriAnn accept it or –

7        –

8   GAY: No, she didn't.  She kept badgering me.  "I'm just a she.

9        I'm just a she."  And again, I -- I left the building

10       three or four times, how many times as it was, to get away

11       from the hostileness, hoping that she would calm down and

12       come to her senses, and carry on the day, and finish the

13       day normally.

14  M:   OK.  When you left -- when you were out of here, was that

15       how you --

16  GAY: The first time.

17  M:   Yeah.

18  GAY: The first time I left.

19  M:   Yeah.  Just (inaudible).

20  GAY: I went to the fire station to let the -- to let everything

21       cool down, defuse the situation, hopefully, but it didn't

22       work.

23  M:   Now is that the only conversation you had with her --

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04                Page 15
ONSET BOARD OF WATER COMMISSIONERS

1        LoriAnn that day?

2   GAY:  No, I don't -- then on the way back the Nextel

3        conversation, I was asking Kathi for a ride.  Lori come

4        on, told me she'd give me a ride on the front of her

5        bumper home.  And at that point she -- she already had

6        told me to shut-up, she already had did -- done bodily --

7        made a bodily threat to me.  So I was going to give her a

8        verbal warning for the shut-up and her constant badgering

9        that she wouldn't (inaudible) reason to stop.  Uh, then I

10       was going to give her another paper, but I didn't even get

11       a chance to say it because she was badgering me so hard

12       and so loud about the bodily threat.  Then it got beyond

13       the -- beyond any control.  So I asked her to leave for

14       the day.  I'd pay her for the rest of the day if she would

15       -- she would go home.  Hopefully -- hopefully those ten

16       minutes -- just -- just go home and cool down and we'll

17       work it out.  But it didn't work that way.  She continued.

18       I left the building.  I walked down the street.  I came

19       back.  I came through the upstairs hoping to avoid Lori.

20       And she was out in the parking lot waiting to badger me

21       again.

22  M:   Now you were inside the building and she was outside?

23  GAY: She was inside the shop that last time when I walked -- I

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04          Page 16
ONSET BOARD OF WATER COMMISSIONERS

1       went way out and around and had come up through the

2       upstairs and they were outside at that point, Kathi and

3       Lori.  I think Chris and Jay were leaving.

4   M:  You only actually gave her a verbal warning, correct?

5   GAY: Yes, because I didn't have a chance to say anything else

6       because of the yelling and just no control.  Again, my

7       only mistake was I really should have called the cops.

8   _:  In your statement after the Nextel incident it says that,

9       um, that it's partly true -- the one, two, three, fourth

10      paragraph -- "At this time I was in fear of my well-

11      being."  Were you already back at the office or were you

12      on your way back?

13  GAY: I was on my way back.

14  _:  OK.  And then you get back here and the whole staff was

15      back at the office?

16  GAY: And I was -- and I was literally afraid of Lori because of

17      what had happened and what the real big picture of this

18      was.

19  _:  Um-hmm.

20  GAY: I -- I feel that I was cornered.  I could not escape.  No

21      matter what I did or said was going to be wrong.  So I --

22      again, I would leave just for it to stop.

23  _:  Um-hmm.  And then further down it says, "I was now in fear

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04                 Page 17
ONSET BOARD OF WATER COMMISSIONERS

1        of my life after waiting for her to go home."

2  GAY: At that point --

3  _:   But then you went outside the building.  Why would you

4        have gone out of the building?

5  GAY: Because at first I did not see her when I walked out the

6        door.  They were off to the left so when I came out the

7        door I didn't see her at first -- until I was out the

8        door.

9  M2:  You had take -- you had presumed you were going to get a

10       ride home with Kathi?

11 GAY: Kathi, yeah.

12 M2:  Where was Kathi's vehicle probably parked?

13 GAY: Off to the left of the door.  Towards, uh, front door.

14 M2:  OK.

15 GAY: To the left.

16 M2:  There's another line.  "Before I could tell Lori there

17       would be any more disciplinary actions taken for bodily

18       threats."  That's the last paragraph of the first page.

19       What were -- what were your, um, intentions at that point?

20 GAY: At that point I would have suspended her.  Minimum.

21 M2:  As you had done later?

22 GAY: I -- no, this would have been a little bit more serious.

23       Because I think if anybody makes bodily threats against

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04                Page 18
ONSET BOARD OF WATER COMMISSIONERS

1       anybody, something should be done with them in a

2       workplace.  I've never made bodily threats to anybody when

3       I was working.

4   M2: So it would have been more than just administrative leave

5       at that point?

6   GAY: If I would have had the power, yes.  But again, it was so

7       hostile at that point I never even -- I never even got

8       that far.

9   M2: Um-hmm.

10  _:  Question is your superintendent -- Maureen comes back

11      tomorrow, how would -- how would this office run?

12  GAY: I don't think it would run correctly.  I think what's --

13      what's going on during this incident -- we're all afraid.

14      Again, I can't speak for everybody, but I do feel that

15      we're all afraid, intimidated.  What -- what will we say

16      wrong?  A simple sentence and it went to this.  How much,

17      you know, what's going to be the next time?  And I did

18      nothing to offend anybody, and if I offend anybody, ever,

19      I apologize to them.

20  _:  (inaudible) OK.

21  LOWRIE:    There -- there's another one in quotations.  "Nothing

22      was ever said about firing and she has now degraded my

23      personal character."  Was that an actual statement?

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04                Page 19
ONSET BOARD OF WATER COMMISSIONERS

1    GAY: No, what she --

2    LOWRIE:    Was that a -- that was a thought?

3    GAY: That was her doubting my authority, which degrades my

4         authority as being a superintendent, or an officer on the

5         fire department.

6    _:   (inaudible) water department.

7    M:   Yeah.  The fire department has nothing to do with this.

8    GAY: OK.

9    M:   We're in here for this.

10   GAY: As superintendent.  As an authority figure I was shown no

11        -- no -- nothing.

12   M:   And you don't see how the word 'she' could be taken as

13        derogatory?

14   GAY: No.  No.  It was a simple elementary school sentence.  And

15        I -- I watch people do it every day.  It was nothing

16        intended by it or anything like that.  It was just a

17        simple sentence so we could get this assignment done.

18   M:   Were you aggravated over the assignment?

19   GAY: No, not at all.  I just wanted to make sure it was done

20        and out on time and get the water billing done, most

21        importantly.

22   M:   OK.

23   GAY: Matter of fact, I had a real good day that day.

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04                    Page 20
ONSET BOARD OF WATER COMMISSIONERS

1   M:    How many more days, roughly, did you have to get that

2         paperwork out?  Do you know?  At the time.

3   GAY:  It was done to like, I think, two, three days.  I'm not

4         sure but it was coming to the point where there was so

5         much that we had to stop to make sure it was done.  I'm

6         not sure of the exact time around that, to tell you the

7         truth.  Because at that point they were asking for back to

8         four years worth, I believe.  That's a lot.

9   M:    Now, you did talk to LoriAnn prior to that for the whole

10        day?

11  GAY:  Normal, yes.

12  M:    In -- yeah.

13  GAY:  No -- no, matter of fact, I was out doing check-ups for

14        most of the day.  These guys were still reading.  I was

15        out doing high readings, meeting people.  Taking care of

16        the problems.

17  M:    So no confrontation during the day or the day before this

18        (inaudible)?

19  GAY:  No.

20  _:    Do you recall the last meeting when we were discussing

21        ways to alleviate the situation and it got night?  That,

22        um, your attorney said that a written apology from Lori

23        saying that she wouldn't do this and all that would

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04                    Page 21
ONSET BOARD OF WATER COMMISSIONERS

1       suffice?  You would have been satisfied at that point?

2   GAY: I would have still, um -- fee threatened, unsafe.  I -- I

3       wouldn't be able to work again with her after that.

4   _:  And then on the second page of your statement, in the

5       first paragraph, about five lines down, it says, "I am

6       willing to help and forgive anyone."

7   GAY: Yeah.  But she -- she went way overboard.  Again, I went

8       several months, and even before that trying to help her.

9   _:  We're only dealing with that night.

10  GAY: OK.  You -- you said --

11  _:  OK.

12  LOWRIE:   But if you had gone seven or eight months what

13      happened before that to make you want to go out of your

14      way to not say anything or --

15  GAY: That's another incident that we're not allowed to talk

16      about today.

17  _:  We're dealing with strictly April 27th.

18  LOWRIE:   Right.  But it's in his statement.

19  GAY: At this time this statement was written on April 27th and

20      not when we had the meeting with her attorney when it said

21      we could not talk about what happened in the past.  This

22      statement was already done and signed and I was not going

23      to change it -- the document.  I don't think that would

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04          Page 22
ONSET BOARD OF WATER COMMISSIONERS

1        have been fair to anybody.

2    _:  We're only dealing with the 22nd -- 27th.

3    LOWRIE:   Just -- just by point of clarification given the

4        Board's understandable position.  They only want to

5        consider what happened on the 27th.  Any portion of this

6        statement (inaudible) that deals with things prior to that

7        (inaudible) consider?

8    _:  No.

9    LOWRIE:   That you might consider -- you could consider

10       (inaudible)

11   _:  Will not consider it.  And why would you fear working with

12       her?  What -- is it bodily harm or just verbal or --

13   GAY: No.  I -- I feel after what I seen happen that day that

14       the next thing would be something, if I was alone with

15       her.  Or I sexually harassed her -- I've never done that

16       to a woman or a person in my life.  I never would do that.

17       But after this date and what -- what happened here, how

18       these events unfolded, and I -- I just cannot trust her no

19       more.

20   _:  Was your intention that day to fire her?

21   GAY: No, sir.  As a matter of fact that -- I had no intention

22       to fire her.  I was trying to just let her go home, cool

23       off, defuse.  But then, again, she come at me in the

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04          Page 23
ONSET BOARD OF WATER COMMISSIONERS

1        parking lot.  If she were to just -- at any point just had

2        stopped, gone home, nothing more would have been done.

3        But it was like she wanted to push it to the limit.  How

4        far can I really push him?

5    _:  And you -- you feel the two months of administrative leave

6        would not be enough?

7    GAY: That was like a vacation.  The -- you know, for my stress,

8        if you're saying that, I want two months administrative

9        leave to try to get my composure back.  Administrative

10       leave that -- for what's going on in here is a paid

11       vacation -- the two months that -- I've been here 15

12       years, I don't even get that much in a year.

13   _:  But there are extenuating circumstances that didn't allow

14       the prior board to act on it except for it would have been

15       Michael alone and that wouldn't have been fair to put the

16       burden on him.  So you --

17   SANBORNE: I couldn't vote on that, either.

18   _:  What did you say?

19   SANBORNE: I couldn't vote on it, one person.

20   _:  No, you're right.  Did you -- either that night or the

21       following day notify the -- was there only two

22       commissioners back then, right?

23   _:  Um-hmm.

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04                Page 24
ONSET BOARD OF WATER COMMISSIONERS

1  \_:  Did you notify both of them as to what happened?

2  GAY: Um-hmm.

3  \_:  Was it that night or the next day?

4  GAY: I had seen Mike that night and I briefly talked to John.

5  \_:  And they were well aware of what happened, basically?

6  GAY: Um-hmm.

7  LOWRIE:   How does a person get put on administrative leave?

8        Can it be a verbal or is it a writing thing?

9  GAY: After what --

10  LOWRIE:   I don't know what the policy is.

11  GAY: After what unfolded that day I -- I had told Mike and the

12        best solution for the problem at the time so nothing more

13        would go on was the administrative leave.

14  LOWRIE:   Um-hmm.

15  GAY: So that we could continue on with the billing without

16        having more problems.

17  LOWRIE:   OK.

18  \_:  So who actually (inaudible).

19  \_:  How did -- how was Lori notified?  Did she --

20  GAY: By a letter.

21  \_:  By a letter?

22  GAY: Yeah.

23  \_:  OK.

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04          Page 25
ONSET BOARD OF WATER COMMISSIONERS

1   _:   And they -- and it was by phone call the next morning,

2        too.

3   _:   Phone call, too.

4   _:   Do we have a copy of that letter?  Does it state all this

5        that's in your, um, statement in --

6   GAY: No.  The statement was not allowed to be brought out until

7        the last meeting.

8   _:   OK.  And quick question.  The agreement was between both

9        you and the commissioners at that time to put her on

10       administrative leave?

11  GAY: Yes, Sir.

12  _:   Was there any amount of time specified or were they just

13       trying to get through and try to work it through and

14       settle it?

15  GAY: Get the new -- get the new election so that there would be

16       a full board.

17  SANBORNE: And -- I'd like to say something.  We were hoping we

18       could resolve this but in the position we were in, we had

19       one water commissioner resigned, one water commissioner

20       was related --

21  _:   Hold on for a second.

22  _:   Tape's out.

23  _:   Yeah, tape is --

L. MORAN V. ONSET FIRE DISTRICT, 6/30/04                Page 26
ONSET BOARD OF WATER COMMISSIONERS

1

2                          **END OF TRANSCRIPT**

3

4