UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. CA 05-10033 NG

LORI ANN MORAN, Plaintiff vs. ANDREW DIPASQUA, MICHAEL SANBORN, WILLIAM F. GAY, III, and the ONSET FIRE DISTRICT, Defendants

AFFIDAVIT OF JAMES FRANKLIN

I, James Franklin, hereby state that:

1. 1 reside at 37 Onset Ave., Onset, Massachusetts.

2. I have been a firefighter with the Onset Fire Department since 1984

3. I know the Plaintiff Lori Ann Moran and the Defendant William F. Gay, III and Kathi Semple, the Office Manager of the Onset Water Department.

4. In the Winter of 2003, 1 heard an argument between the Defendant Gay and Kathi Semple in which Kathi Semple yelled at the Defendant Gay using foul language such " you are fucking wrong" and "this is bullshit, you don't know what the fuck you're doing" and "kiss my ass" directed toward the Defendant Gay.    While I was there, the Defendant Gay did not reprimand Kathi Semple.

Signed under the pains and penalties of perjury this   3    day of June 2006.

_____
James Franklin

CERTIFICATE OF SERVICE

    I hereby certify that I have served the within document by mailing a copy first class mail postage pre paid to:

John J. Cloherty, III
Pierce, Davis & Perritano, LLP
Ten Winthrop Square
Boston, MA. 02110
Telephone: (617) 350-0950

Date: 7 June 2006　　　　　　　　　　/Margaret A. Ishihara
　　　　　　　　　　　　　　　　　　Margaret A. Ishihara