UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORI ANN MORAN,<br>    Plaintiff,<br><br>    v.<br><br>ANDREW DIPASQUA, MICHAEL SANBORN,<br>WILLIAM F. GAY, III, and the<br>ONSET FIRE DISTRICT,<br>    Defendants. | )<br>)<br>)<br>)    C.A. No. 05-10033-NG<br>)<br>)<br>)<br>)<br>) |

GERTNER, D.J.:

**JUDGMENT**


For the reasons set forth in the accompanying Memorandum and Order Re: Motion for Summary Judgment, Defendants' Motion for Summary Judgment on all counts [document #27] is **GRANTED** and this case is closed.


**SO ORDERED.**

Date:  September 27, 2006        /s/NANCY GERTNER, U.S.D.J.